Fill in this information to identify the case:

United States Bankruptcy Court for the:
Eastern District of New York (State)

Case number (*If known*): _____ Chapter **7**

☐ Check if this is an amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual          12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:

☒ Chapter 7
☐ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**

Honors Holdings, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

**5. Debtor's address**

Principal place of business

120 Interstate N Parkway, Suite 444
Number    Street

Atlanta                          GA     30339
City                            State   ZIP Code

Cobb
County

Mailing address, if different

Number    Street

P.O. Box

City                            State   ZIP Code

Location of principal assets, if different from principal place of business

Number    Street

City                            State   ZIP Code

| Debtor | Honors Holdings, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 6. | Debtor's website (URL) | https://www.honorsholdings.com/ |
|---|---|---|

| 7. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other type of debtor. Specify: _____ |
|---|---|---|

| 8. | Type of debtor's business | Check one: <br> ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ☐ Railroad (as defined in 11 U.S.C. § 101(44)) <br> ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) <br> ☒ None of the types of business listed. <br> ☐ Unknown type of business. |
|---|---|---|

| 9. | To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor? | ☒ No <br> ☐ Yes. Debtor _____ Relationship _____ <br> District _____ Date filed _____ Case number, if known _____ <br> MM / DD / YYYY <br><br> Debtor _____ Relationship _____ <br> District _____ Date filed _____ Case number, if known _____ <br> MM / DD / YYYY |
|---|---|---|

## Part 3: Report About the Case

| 10. | Venue | Check one: <br> ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |
|---|---|---|

| 11. | Allegations | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). <br> The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). <br><br> *At least one box must be checked*: <br><br> ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. <br><br> ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |
|---|---|---|

| 12. | Has there been a transfer of any claim against the debtor by or to any petitioner? | ☒ No <br> ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |
|---|---|---|

| Debtor | Honors Holdings, LLC | Case number (if known) |
|---|---|---|
| | Name | |

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Core2000 LLC | Breach of Contract | $ 5,947,533.00 |
| BOTF, LLC | Breach of Contract | $ 2,850,000.00 |
| CA 531 86th Street LLC | Breach of Contract | $ 4,442,879.93 |
| | Total of petitioners' claims | $ 13,240,412.93 |

(exclusive of accruing charges, interest, fees, and costs)

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**
Core2000 LLC
Name

875 Siesta Key Circle
Number  Street

Sarasota                FL           34342
City                    State        ZIP Code

**Name and mailing address of petitioner's representative, if any**
Robert Scot James
Name

875 Siesta Key Circle
Number  Street

Sarasota                FL           34242
City                    State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/20/2024
             MM / DD / YYYY

X _[signature]_
Signature of petitioner or representative, including representative's title

**Attorneys**

M. Ryan Pinkston
Printed name

Seyfarth Shaw LLP
Firm name, if any

560 Mission Street, Suite 3100
Number  Street

San Francisco           CA           94105
City                    State        ZIP Code

Contact phone  (415) 544-1013   Email  rpinkston@seyfarth.com

Bar number     310971

State          California

X _[signature]_
Signature of attorney

Date signed    11/20/2024
               MM / DD / YYYY

| Debtor | Honors Holdings, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**Name and mailing address of petitioner**

BOTF, LLC
Name

21014 Cisco Lane
Number    Street

Leesburg                VA              20175
City                    State           ZIP Code

**Name and mailing address of petitioner's representative, if any**

Barbara Bianucci, Anthony Bianucci, Michael Bianucci
Name

21014 Cisco Lane
Number    Street

Leesburg                VA              20175
City                    State           ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/20/2024
              MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

M. Ryan Pinkston
Printed name

Seyfarth Shaw LLP
Firm name, if any

560 Mission Street, Suite 3100
Number    Street

San Francisco            CA             94105
City                     State          ZIP Code

Contact phone  (415) 544-1013   Email  rpinkston@seyfarth.com

Bar number   310971

State        California

✗ _M B—PA_____
Signature of attorney

Date signed   11/20/2024
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

CA 531 86th Street LLC (c/o ACHS Management Corp.)
Name

1412 Broadway, 3rd Floor
Number    Street

New York                 NY             10018
City                     State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

Marcelo Klajnbart
Name

_____
Number    Street

_____
City                     State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/20/2024
              MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

M. Ryan Pinkston
Printed name

Seyfarth Shaw LLP
Firm name, if any

560 Mission Street, Suite 3100
Number    Street

San Francisco            CA             94105
City                     State          ZIP Code

Contact phone  (415) 544-1013   Email  rpinkston@seyfarth.com

Bar number   310971

State        California

✗ _____
Signature of attorney

Date signed   11/20/2024
              MM / DD / YYYY

Debtor  Honors Holdings, LLC         Case number (if known)_____
        Name

**Name and mailing address of petitioner**
BOTF, LLC
Name

21014 Cisco Lane
Number    Street

Leesburg                      VA            20175
City                          State         ZIP Code

**Name and mailing address of petitioner's representative, if any**
Barbara Bianucci, Anthony Bianucci, Michael Bianucci
Name

_____
Number    Street

_____
City                          State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/20/2024
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

M. Ryan Pinkston
Printed name

Seyfarth Shaw LLP
Firm name, if any

560 Mission Street, Suite 3100
Number    Street

San Francisco                 CA            94105
City                          State         ZIP Code

Contact phone (415) 544-1013   Email  rpinkston@seyfarth.com

Bar number  310971

State       California

✗ _____
Signature of attorney

Date signed  11/20/2024
             MM / DD / YYYY

---

**Name and mailing address of petitioner**
CA 531 86th Street LLC (c/o ACHS Management Corp.)
Name

1412 Broadway, 3rd Floor
Number    Street

New York                      NY            10018
City                          State         ZIP Code

**Name and mailing address of petitioner's representative, if any**
Marcelo Klajnbart
Name

_____
Number    Street

_____
City                          State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/20/2024
             MM / DD / YYYY

✗ *[signature]*
Signature of petitioner or representative, including representative's title

M. Ryan Pinkston
Printed name

Seyfarth Shaw LLP
Firm name, if any

560 Mission Street, Suite 3100
Number    Street

San Francisco                 CA            94105
City                          State         ZIP Code

Contact phone (415) 544-1013   Email  rpinkston@seyfarth.com

Bar number  310971

State       California

✗ *[signature: M B PA]*
Signature of attorney

Date signed  11/20/2024
             MM / DD / YYYY