Brian S. Lennon
Philip F. DiSanto
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 11019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
blennon@willkie.com
pdisanto@willkie.com

*Counsel to Honors Holdings, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
: 
In re: : Involuntary Chapter 7
: 
Honors Holdings, LLC, : Case No.: 24-44875 (ESS)
: 
        Alleged Debtor. :
: 
------------------------------------------------------- x

**NOTICE OF MOTION OF HONORS HOLDINGS, LLC**
**TO DISMISS INVOLUNTARY PETITION**

**PLEASE TAKE NOTICE** that, on December 13, 2024, Honors Holdings, LLC ("Honors"), by and through its undersigned counsel, filed with the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court") the *Motion of Honors Holdings, LLC to Dismiss Involuntary Petition* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, a hearing to consider the relief sought in the Motion will be held on **January 28, 2025 at 12:30 p.m.** (prevailing Eastern Time) before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Brooklyn, NY 11201-1800.

**PLEASE TAKE FURTHER NOTICE** that, parties wishing to participate in the Hearing by Zoom, whether in a "live" or "listen only" capacity, must make an electronic appearance through the "eCourtAppearances" tab on the Court's website (https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl) no later than 4:00 p.m. (prevailing Eastern Time) on the business day before the Hearing (the "Appearance Deadline"). **In the event that you are not able to register online**, you may call or email Judge Stong's courtroom deputy for instructions at (347) 394-1864, ess_hearings@nyeb.uscourts.gov, at least two (2) business days before the Hearing. Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance. Parties wishing to appear at the Hearing must submit an electronic appearance through the Court's website by the Appearance Deadline and not by emailing or otherwise contacting the Court. Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion or the relief requested therein shall be made in writing and (a) filed with the Bankruptcy Court no later than **January 15, 2025 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline") and (b) served upon the following parties by email: (i) counsel to Honors Holdings, LLC, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019, Attn: Brian S. Lennon, Esq. (blennon@willkie.com), Philip F. DiSanto, Esq. (pdisanto@willkie.com), and Yara Kass-Gergi, Esq. (ykass-gergi@willkie.com); and (ii) counsel to the Petitioning Creditors, Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105, Attn: M. Ryan Pinkston, Esq. (rpinkston@seyfarth.com).

**PLEASE TAKE FURTHER NOTICE** that if no responses or objections are timely filed and served with respect to the Motion, Honors may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed as **Exhibit A** to the Motion, which order may be entered with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that if you would like to receive copies of the Motion set forth above, you may access such documents online from the Bankruptcy Court's electronic case filing system located at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website.

| | |
|---|---|
| Dated: December 13, 2024<br>New York, New York | WILLKIE FARR & GALLAGHER LLP<br><br>By:  */s/ Brian S. Lennon*<br>Brian S. Lennon<br>Philip F. DiSanto<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 728-8000<br>Facsimile: (212) 728-8111<br>blennon@willkie.com<br>pdisanto@willkie.com<br><br>*Counsel to Honors Holdings, LLC* |