## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 13th day of December, 2024 a copy of the foregoing MOTION TO DIMISS INVOLUNTARY PETITION was served electronically as a result of the e-filing of the document, or served by first class mail where indicated, on the following:

| | |
|---|---|
| M. Ryan Pinkston, Esq.<br>SEYFARTH SHAW LLP<br>560 Mission Street<br>Suite 3100<br>San Francisco, CA  94105 | /s/   Brian S. Lennon<br>Brian S. Lennon |

Office of the US Trustee
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY  10004-1408