**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Honors Holdings, LLC,<br><br>                Alleged Debtor. | Involuntary Chapter 7<br><br>Case No. 24-44875 (ESS) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Code section 1109(b) and Bankruptcy Rule 9010(b), the law firm DLA Piper LLP (US) hereby enters its appearance as counsel to OTF Franchisor LLC ("OTF"), a party in interest in the above-captioned bankruptcy case ("Bankruptcy Case").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rules 2002(i), 3017, and 9007, the undersigned requests that copies of all notices, pleadings, and all other papers filed or served in the Bankruptcy Case be given to and served upon the following persons, and that such persons be added to the mailing matrix in the Bankruptcy Case:

        Gregory M. Juell
        David M. Riley
        DLA Piper LLP (US)
        1251 Avenue of the Americas
        New York, New York 10020
        Telephone:    (212) 335-4500
        Facsimile:     (212) 335-4501
        Email: david.riley@us.dlapiper.com

        - and -

        Eric D. Goldberg
        DLA Piper LLP (US)
        2000 Avenue of the Stars, Suite 400 North Tower
        Los Angeles, California 90067
        Telephone:    (310) 595-3000
        Facsimile:     (310) 595-3300
        Email: eric.goldberg@us.dlapiper.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code sections 342 and 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provisions and Bankruptcy Rules specified above, but also includes, without limitation, any orders and notices of any notice, application, complaint, demand, motion, petition, pleading, disclosure statement or plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight, or hand delivery, telephone, or otherwise filed or made with regard to the Bankruptcy Cases and proceedings therein or which may in any way affect or seek to affect any right or interest of OTF.

**PLEASE TAKE FURTHER NOTICE** that the filing of this pleading is intended to constitute only a special appearance to the extent that a general appearance would constitute a waiver of any right. OTF does not intend this Notice of Appearance and Request for Service of Notices and Papers, or any subsequent appearance, pleading, proof of claim, or other writing or conduct shall constitute a waiver of any: (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding so triable in this Bankruptcy Case or any case, controversy or proceeding related to this Bankruptcy Case; (c) rights to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; (d) any objection to the jurisdiction of the Bankruptcy Court for any purpose other than with respect of this notice, or (e) other rights, claims, actions, defenses, setoffs, recoupments to which OTF is or may be entitled, or other matters under any agreement, law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments OTF expressly reserves. OTF's rights are reserved and preserved, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the Bankruptcy Case.

| | |
|---|---|
| Dated: December 18, 2024<br>New York, New York | Respectfully submitted,<br><br> /s/ Gregory M. Juell    <br>Gregory M. Juell (NY 5420120)<br>David M. Riley (NY 5411616)<br>**DLA PIPER LLP (US)**<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 335-4500<br>Facsimile:  (212) 335-4501<br>Email: david.riley@us.dlapiper.com<br><br>- and -<br><br>Eric D. Goldberg<br>DLA Piper LLP (US)<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, California 90067<br>Telephone:  (310) 595-3000<br>Facsimile:  (310) 595-3300<br>Email: eric.goldberg@us.dlapiper.com<br><br>*Counsel for OTF Franchisor LLC* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of December, 2024, a copy of the foregoing *Notice of Appearance and Request for Service of Papers* was served on all parties receiving CM/ECF notices in this case.

                                       */s/ Gregory M. Juell*
                                       Gregory M. Juell