UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

HONORS HOLDINGS, LLC,          Chapter   7
                               Case No.: 1-24-44875-ESS

                           Debtor.
----------------------------------------------------------------X

## ORDER SCHEDULING STATUS CONFERENCE ON INVOLUNTARY BANKRUPTCY PETITION

      WHEREAS, on November 20, 2024, CA 531 86th Street LLC, and BOTF, LLC, and Core2000 LLC (the "Petitioning Creditors") commenced an involuntary Chapter 7 bankruptcy case against Honors Holdings, LLC (the "Debtor"), by filing an involuntary petition for relief under Chapter 7 of the Bankruptcy Code; and

      WHEREAS, on November 21, 2024, an Involuntary Summons was issued on Honors Holdings, LLC; and

      WHEREAS, on December 13, 2024, the Debtor filed a Motion to Dismiss Involuntary Petition, and that Motion is scheduled to be heard by the Court on January 28, 2025; and

      WHEREAS, pursuant to Bankruptcy Rule 1013(a), "[t]he Court shall determine the issues of a contested petition at the earliest practicable time and forthwith enter an order for relief, dismiss the petition, or enter any other appropriate order."

      NOW, THEREFORE, it is hereby

      ORDERED, that the Court will hold a status conference on the involuntary case filed against Honors Holdings, LLC by the Petitioning Creditors before the Honorable Elizabeth S.

Stong in Courtroom 3585, United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201 on January 28, 2025, at 10:30 a.m; and it is further

ORDERED, that the Debtor and the Debtor's attorney, and the Petitioning Creditors and the Petitioning Creditors' attorney, are directed to appear at the January 28, 2025 conference; and it is further

**ORDERED, that this conference will be conducted remotely, via video. It is not necessary to request prior authorization to appear remotely. All participants, including attorneys, clients, and pro se parties, may register to appear remotely as follows:**

**Please register with eCourt Appearances at** https://www.nyeb.uscourts.gov/node/2126 **at least two business days before the scheduled hearing. To register, please provide your name, address, e-mail address, telephone number to be used on the hearing date, and if appropriate, the party that you represent. You will receive instructions how to access the hearing via email two days before the hearing.**

**Those unable to access eCourt Appearances should email Judge Stong's Courtroom Deputy at: ess_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing. Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number.**

Dated: Brooklyn, New York
January 3, 2025



_____
Elizabeth S. Stong
United States Bankruptcy Judge

TO:

**Honors Holdings, LLC**
120 Interstate N Parkway
Suite 444
Atlanta, GA 30339

**Brian Lennon**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
212-728-8295
Email: blennon@willkie.com

**CA 531 86th Street LLC**
1412 Broadway
3rd Floor
New York, NY 10018

**BOTF, LLC**
21014 Cisco Lane
Leesburg, VA 20175

**Core2000 LLC**
875 Siesta Key Circle
Sarasota, FL 34342

**Michael Ryan Pinkston**
Seyfarth Shaw LLP
560 Mission Street
Suite 3100
San Francisco, CA 94105
415-544-1013
Fax : 415-397-8549
Email: rpinkston@seyfarth.com

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

**Albena Petrakov, Esq**
OFFIT | KURMAN, P.A
590 Madison Avenue
6th Floor

New York, NY 10022
PHONE: (212) 545-1900
EMAIL: apetrakov@offitkurman.com
Attorneys for Monroe Street Block
B Retail, LLC

**Bryn H. Sherman, Esq**
**Stephen Nichols, Esq.**
OFFIT | KURMAN, P.A.
7501 Wisconsin Avenue
Suite 1000W
Bethesda, MD 20814
PHONE: (240) 507-1700
EMAIL: bsherman@offitkurman.com
snichols@offitkurman.com
Attorneys for Monroe Street Block
B Retail, LLC

**Brian S. Lennon**
**Philip F. DiSanto**
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 11019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
blennon@willkie.com
pdisanto@willkie.com
Counsel to Honors Holdings, LLC

**Gregory M. Juell**
David M. Riley
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: david.riley@us.dlapiper.com

**Eric D. Goldberg**
DLA Piper LLP (US)
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California 90067
Telephone: (310) 595-3000
Facsimile: (310) 595-3300
Email: eric.goldberg@us.dlapiper.com