M. Ryan Pinkston (*pro hac vice*)
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Email: rpinkston@seyfarth.com

*Attorneys for Core2000 LLC, BOTF, LLC, and CA 531 86th Street LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>HONORS HOLDINGS, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-44875 (ESS) |

**JOINT STIPULATION TO CONTINUE STATUS CONFERENCE AND HEARING ON MOTION TO DISMISS AND SET BRIEFING SCHEDULE**

Core2000 LLC, BOTF, LLC, and CA 531 86th Street LLC (collectively, the "Petitioners") and Honors Holdings, LLC ("Honors") (together, "the Parties") hereby agree and stipulate as follows:

**WHEREAS**, on November 20, 2024, Petitioners filed an Involuntary Petition against Honors.

**WHEREAS**, on December 13, 2024, Honors filed a Motion to Dismiss Involuntary Petition (the "Motion") and set such Motion for hearing on January 28, 2025, at 12:30 p.m. EST.

**WHEREAS**, on January 3, 2025, the Court issued an Order Scheduling Status Conference on Involuntary Bankruptcy Petition scheduling a status conference on January 28, 2025, at 12:30 p.m. EST.

**WHEREAS**, on January 9, 2025, Petitioners served their First Set of Requests for Production of Documents to Honors Holdings, LLC (the "Petitioners' RFPs");

**WHEREAS**, on January 10, 2025, Petitioners served their First Set of Interrogatories to Honors Holdings, LLC (the "Petitioners' Interrogatories");

**WHEREAS**, the Parties have met and conferred and have agreed to stipulate to continue the hearing on the Motion and the Status Conference to permit time for discovery and a modified discovery and briefing schedule for the Motion as set forth below.

**NOW, THEREFORE**, the Parties hereby stipulate and agree as follows:

1. Honors shall serve discovery requests in connection with the Motion on or before January 17, 2025;

2. Honors shall respond to Petitioners' RFPs and Interrogatories in connection with the Motion on or before February 10, 2025;

3. Petitioners shall respond to Honors' discovery requests in connection with the Motion on or before February 18, 2025;

4. Petitioners shall file their opposition to the Motion on or before February 19, 2025;

5. Honors shall file its reply in support of the Motion on or before February 27, 2025; and

6. The hearing on the Motion and the Court's status conference shall be set for March 4, 2025, at 12:30 p.m. EST.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: January 15, 2025<br>San Francisco, California | SEYFARTH SHAW LLP<br><br>By: /s/ *M. Ryan Pinkston*<br>M. Ryan Pinkston (*pro hac vice*)<br>SEYFARTH SHAW LLP<br>560 Mission Street, Suite 3100<br>San Francisco, CA 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549<br>Email: rpinkston@seyfarth.com<br><br>*Attorneys for Core2000 LLC, BOTF, LLC, and CA 531 86th Street LLC* |
| Dated: January 15, 2025<br>New York, New York | WILLKIE FARR & GALLAGHER LLP<br><br>By: */s/ Brian S. Lennon*<br>Brian S. Lennon<br>Philip F. DiSanto<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 728-8000<br>Facsimile: (212) 728-8111<br>Email: blennon@willkie.com<br>         pdisanto@willkie.com<br>*Attorneys for Honors Holdings, LLC* |

315629065v.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2025, a true and correct copy of the foregoing **JOINT STIPULATION TO CONTINUE STATUS CONFERENCE AND HEARING ON MOTION TO DISMISS AND SET BRIEFING SCHEDULE** was caused to be served via the Court's CM/ECF system on all parties registered to receive electronic notice in this case.

      /s/ *M. Ryan Pinkston*
      M. Ryan Pinkston