Brian S. Lennon
Philip F. DiSanto
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 11019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
blennon@willkie.com
pdisanto@willkie.com

*Counsel to Honors Holdings, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
|  |  |
| :--- | :--- |
| In re: | : |
|  | : |
| Honors Holdings, LLC, | : |
|  | : |
| Alleged Debtor. | : |
|  | : |

Involuntary Chapter 7

Case No. 24-44875 (ESS)

------------------------------------------------------- x

**NOTICE OF ADJOURNMENT OF (I) STATUS CONFERENCE ON
INVOLUNTARY PETITION AND (II) HEARING ON MOTION OF
<u>HONORS HOLDINGS, LLC TO DISMISS INVOLUNTARY PETITION</u>**

**PLEASE TAKE NOTICE** that the hearings on the following matters in the above-captioned case, previously scheduled to be heard on January 28, 2025 at 10:30 a.m. and 12:30 p.m. (prevailing Eastern Time), respectively, **have been adjourned to March 4, 2025, at 12:30 p.m. (prevailing Eastern Time)** (the "<u>Hearing</u>"):

- *Status Conference on Involuntary Bankruptcy Petition* [Docket No. 11]; and

- *Motion of Honors Holdings, LLC to Dismiss Involuntary Petition* [Docket No. 7].

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, at the United States Bankruptcy

Court for the Eastern District of New York, Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Brooklyn, NY 11201-1800.

PLEASE TAKE FURTHER NOTICE that, parties wishing to participate in the Hearing by Zoom, whether in a "live" or "listen only" capacity, must make an electronic appearance through the "eCourtAppearances" tab on the Court's website (https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl) no later than 4:00 p.m. (prevailing Eastern Time) on the business day before the Hearing (the "Appearance Deadline"). **In the event that you are not able to register online**, you may call or email Judge Stong's courtroom deputy for instructions at (347) 394-1864, ess_hearings@nyeb.uscourts.gov, at least two (2) business days before the Hearing. Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance. Parties wishing to appear at the Hearing must submit an electronic appearance through the Court's website by the Appearance Deadline and not by emailing or otherwise contacting the Court. Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

PLEASE TAKE FURTHER NOTICE that if you would like to receive copies of the Motion set forth above, you may access such documents online from the Bankruptcy Court's electronic case filing system located at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website.

Dated: January 15, 2025       WILLKIE FARR & GALLAGHER LLP
New York, New York


By:  _/s/ Brian S. Lennon_____
Brian S. Lennon
Philip F. DiSanto
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111
blennon@willkie.com
pdisanto@willkie.com

*Counsel to Honors Holdings, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of January, 2025 a copy of the foregoing *Notice of Adjournment of (I) Status Conference on Involuntary Petition and (II) Hearing on Motion of Honors Holdings, LLC to Dismiss Involuntary Petition* was served by electronic mail on the following:

M. Ryan Pinkston, Esq.
SEYFARTH SHAW LLP
560 Mission Street
Suite 3100
San Francisco, CA 94105
Email: rpinkston@seyfarth.com

Albena Petrakov, Esq.
OFFIT KURMAN, P.A.
590 Madison Avenue
6th Floor
New York, NY 10022
Email: apetrakov@offitkurman.com

Bryn H. Sherman, Esq.
Stephen Nichols, Esq.
OFFIT KURMAN, P.A.
7501 Wisconsin Avenue
Suite 1000W
Bethesda, MD 20814
Email: bsherman@offitkurman.com
　　　　snichols@offitkurman.com

Office of the US Trustee
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408
Email: USTP.Region02@usdoj.gov

　　　　　　　　　　　　　　*/s/ Brian S. Lennon*
　　　　　　　　　　　　　　Brian S. Lennon