**WINSTON & STRAWN LLP**
Carey D. Schreiber
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Attorneys for WhiteHorse Capital Management, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
                                             :

In re:                                     :        Involuntary Chapter 7
                                            :

Honors Holdings, LLC,               :        Case No. 24-44875 (ESS)
                                            :

               Alleged Debtor.       :
                                            :
---------------------------------------------------------- x

**NOTICE OF APPEARANCE OF WHITEHORSE CAPITAL MANAGEMENT, LLC,
DEMAND FOR SERVICE OF PAPERS AND RESERVATION OF RIGHTS**

**PLEASE TAKE NOTICE** that Winston & Strawn LLP hereby appears in this proceeding on behalf of WhiteHorse Capital Management, LLC, as the Agent for the Lenders under that certain Credit Agreement, dated as of September 6, 2019 between, among others, the Agent, the Lenders and the Alleged Debtor (as same has been amended, supplemented and otherwise modified from time to time) (in such capacity, the "Agent"), as a party in interest, and demands, pursuant to 11 U.S.C. §§ 342 and 1109(b) and Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, that copies of all papers filed in these proceedings or in any related adversary proceedings be served on the individual at the address set forth below:

Carey D. Schreiber
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
cschreiber@winston.com

*Attorneys for WhiteHorse Capital Management, LLC*

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to or specified above but also includes, without limitation, orders and notices of any application, complaint, demand, motion, petition, plan, disclosure statement, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, telegraph, telex or otherwise filed or made which affect or seek to affect in any way rights or interests of creditors, parties in interest, the Agent, the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the Agent intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive or otherwise impair or limit (a) the Agent's right to have final orders in non-core matters entered only after de novo review by a District Judge, (b) the Agent's right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) the Agent's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (d) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Agent is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Agent expressly reserves.

[Signature page follows]

Block DocID

Dated: New York, New York
February 25, 2025

                                    WINSTON & STRAWN LLP

                                    By: /s/ Carey D. Schreiber
                                         Carey D. Schreiber
                                         200 Park Avenue
                                         New York, NY 10166-4193
                                         Telephone No.: (212) 294-6700
                                         Facsimile No.: (212) 294-4700

                                         *Attorneys for WhiteHorse Capital Management, LLC, as Agent for the Lenders*