Brian S. Lennon
Philip F. DiSanto
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 11019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
blennon@willkie.com
pdisanto@willkie.com

*Counsel to Honors Holdings, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Involuntary Chapter 7 |
| Honors Holdings, LLC, | : | Case No. 24-44875 (ESS) |
| Alleged Debtor. | : | |

## STIPULATION TO ENTRY OF ORDER FOR RELIEF

Core2000 LLC, BOTF, LLC and CA 531 86th Street LLC (collectively, the "Petitioners") and Honors Holdings, LLC ("Honors") (together, the "Parties") hereby agree and stipulate to entry of the order for relief in the above-captioned chapter 7 case (the "Order for Relief") pursuant to 11 U.S.C. § 303(h) as follows:

**WHEREAS**, the Petitioners filed an involuntary chapter 7 petition (the "Involuntary Petition") in the above-captioned case on November 20, 2024 in the United States Bankruptcy Court for the Eastern District of New York (the "Court");

**WHEREAS**, the Petitioners served the Involuntary Petition by hand delivery on an authorized service recipient for Honors on November 22, 2024 and filed the *Summons Service Executed in an Involuntary Case on Honors Holdings, LLC* [Docket No. 3] on December 3, 2024;

**WHEREAS**, on December 13, 2024, Honors timely filed the *Motion to Dismiss Involuntary Petition* [Docket No. 7] (the "Motion to Dismiss");

**WHEREAS**, on January 17, 2025, the Parties entered into that certain *Joint Stipulation and Order to Continue Status Conference and Hearing on Motion to Dismiss and Set Briefing Schedule* [Docket No. 18] (the "Stipulation") pursuant to which the Court scheduled a hearing on the Motion to Dismiss on March 4, 2025 and the Parties agreed to a schedule for discovery;

**WHEREAS**, Honors has determined to withdraw the Motion to Dismiss and to stipulate to entry of the Order for Relief pursuant to 11 U.S.C. § 303(h); and

**WHEREAS,** the Parties have agreed upon the proposed form of the Order for Relief, which is attached hereto as **Exhibit A**.

**NOW THEREFORE**, the Parties hereby agree and stipulate as follows:

1. Honors consents to the entry by the Court of the Order for Relief and the Motion to Dismiss shall be deemed withdrawn automatically upon entry by the Court of the Order for Relief;

2. The discovery requests served by the Parties in connection with the Motion to Dismiss shall be deemed withdrawn and the discovery schedule otherwise contemplated by the Stipulation shall be immediately permanently suspended as moot, in each case without any further action by any of the Parties;

3. Honors shall file a list containing the name and address of each entity included or to be included on Schedules D, E, F, G and H as prescribed by the Official Forms within seven days of the entry of this Order in accordance with Rule 1007 of the Federal Rules of Bankruptcy Procedure; and

4. Notwithstanding Honors' consent to the entry of the Order for Relief, the Parties reserve all rights with respect to the allegations set forth in the Involuntary Petition and the Motion to Dismiss.

**IT IS SO STIPULATED.**

Dated: February 26, 2025
New York, New York

WILLKIE FARR & GALLAGHER LLP

By: */s/ Brian S. Lennon*

Brian S. Lennon
Philip F. DiSanto
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
blennon@willkie.com
pdisanto@willkie.com

*Counsel to Honors Holdings, LLC*

Dated: February 26, 2025
San Francisco, California

SEYFARTH SHAW LLP

By: /s/ *M. Ryan Pinkston*

M. Ryan Pinkston (pro hac vice)
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549 Email:
rpinkston@seyfarth.com

*Attorneys for Core2000 LLC, BOTF, LLC, and CA 531 86th Street LLC*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 26th day of February, 2025, a true and correct copy of the foregoing *Stipulation to Entry of Order for Relief* was served by electronic mail on the following:

M. Ryan Pinkston, Esq.
SEYFARTH SHAW LLP
560 Mission Street
Suite 3100
San Francisco, CA 94105
Email: rpinkston@seyfarth.com

Albena Petrakov, Esq.
OFFIT KURMAN, P.A.
590 Madison Avenue
6th Floor
New York, NY 10022
Email: apetrakov@offitkurman.com

Bryn H. Sherman, Esq.
Stephen Nichols, Esq.
OFFIT KURMAN, P.A.
7501 Wisconsin Avenue
Suite 1000W
Bethesda, MD 20814
Email: bsherman@offitkurman.com
snichols@offitkurman.com

Office of the US Trustee
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408
Email: USTP.Region02@usdoj.gov

/s/ *Brian S. Lennon*
Brian S. Lennon

**EXHIBIT A**

Proposed Order for Relief

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Honors Holdings, LLC, | : | Case No. 24-44875 (ESS) |
| Alleged Debtor. | : | |

## ORDER FOR RELIEF

The Court, having considered the Joint Stipulation for Entry of an Order for Relief submitted by Core2000 LLC, BOTF, LLC and CA 531 86th Street LLC (collectively, the "Petitioners") and Honors Holdings, LLC ("Honors") (together, "the Parties"), and finding good cause, hereby ORDERS as follows:

1. This Order shall constitute an order for relief against Honors Holdings, LLC pursuant to 11 U.S.C. § 303(h);

2. The United States Trustee shall appoint a chapter 7 trustee in this case to fulfill the duties of the trustee, pursuant to 11 U.S.C. §§ 701(a), 704 as soon as reasonably practicable;

3. Honors shall file a list containing the name and address of each entity included or to be included on Schedules D, E, F, G and H as prescribed by the Official Forms within seven days of the entry of this Order in accordance with Rule 1007 of the Federal Rules of Bankruptcy Procedure; and

4. Notwithstanding the *Notice of Entry of Appearance and Request for Notices* [Docket No. 6] filed by Willkie Farr & Gallagher, LLP ("Willkie") on December 13, 2024, Willkie is hereby relieved from any further obligation to represent Honors in the bankruptcy case other than to assist Honors to comply with paragraph 3 hereof.

Dated: Brooklyn, New York
February [ ], 2025

______________________________
Elizabeth S. Stong
United States Bankruptcy Judge