**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------- x

| | |
|---|---|
| In re: | Chapter 7 |
| Honors Holdings, LLC, | Case No. 24-44875 (ESS) |
| Alleged Debtor. | |

------------------------------------------------------- x

# ORDER FOR RELIEF

The Court, having considered the Joint Stipulation for Entry of an Order for Relief submitted by Core2000 LLC, BOTF, LLC and CA 531 86th Street LLC (collectively, the "Petitioners") and Honors Holdings, LLC ("Honors") (together, "the Parties"), and finding good cause, hereby ORDERS as follows:

1. This Order shall constitute an order for relief against Honors Holdings, LLC pursuant to 11 U.S.C. § 303(h);

2. The United States Trustee shall appoint a chapter 7 trustee in this case to fulfill the duties of the trustee, pursuant to 11 U.S.C. §§ 701(a), 704 as soon as reasonably practicable;

3. Honors shall file a list containing the name and address of each entity included or to be included on Schedules D, E, F, G and H as prescribed by the Official Forms within seven days of the entry of this Order in accordance with Rule 1007 of the Federal Rules of Bankruptcy Procedure; and

4. Notwithstanding the *Notice of Entry of Appearance and Request for Notices* [ECF No. 6] filed by Willkie Farr & Gallagher, LLP ("Willkie") on December 13, 2024, Willkie is hereby relieved from any further obligation to represent Honors in the bankruptcy case other than to assist Honors to comply with paragraph 3 hereof.

Dated: Brooklyn, New York
February 27, 2025



_____
Elizabeth S. Stong
United States Bankruptcy Judge