UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re:                                         :   Case No. 24-44875-ess
                                               :
Honors Holdings, LLC,                          :   (Chapter 7)
                                               :
                        Debtor.                :   (Involuntary)
------------------------------------------------------- x

## NOTICE OF APPOINTMENT OF TRUSTEE

To:     Lori Lapin Jones, Esq.
        Lori Lapin Jones, PLLC
        98 Cutter Mill Road, Suite 255 South
        Great Neck, New York 11021

        On February 27, 2025, the Bankruptcy Court entered an Order directing the United States

Trustee to appoint an interim trustee in the above-caption involuntary chapter 7 case,

commenced on November 11, 2024, in which no order for relief has been entered.  Therefore, the

United States Trustee hereby appoints you as interim trustee in the case under 11 U.S.C. '§

701(a) and 303(g).

        You are covered by the Chapter 7 Blanket Bond, issued by the Liberty Mutual Insurance

Company, which is on file with the Office of the United States Trustee for the Eastern District of

New York, Brooklyn, New York.  *See* 11 U.S.C. § 322(a) and Fed. R. Bankr. P. 2010.  In

addition, because your blanket acceptance of appointment is on file, you are required to notify

the undersigned in writing within seven days after receipt of this notice only if you reject this

appointment.  *See* Fed. R. Bankr. P. 2008 and 2010(a).

Dated: New York, New York
        March 4, 2025             WILLIAM K. HARRINGTON
                                  UNITED STATES TRUSTEE, REGION 2

                                  By*: /s/ Marylou Martin, Esq.*
                                      Marylou Martin
                                      Assistant United States Trustee
                                      One Bowling Green
                                      New York, NY 10004
                                      Phone: 212.206-6290
                                      Facsimile: 212.668.2255
                                      Email: Marylou.Martin@usdoj.gov