**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
                                        :

In re:                                   :        Chapter 7
                                          :

Honors Holdings, LLC,              :        Case No. 24-44875 (ESS)
                                          :

                  Debtor.           :
                                          :
-------------------------------------------------------- x

## STATEMENT REGARDING THE DEBTOR'S PETITION, SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

On November 20, 2024 (the "Petition Date"), petitioning creditors Core2000 LLC, BOTF, LLC, and CA 531 86th Street LLC (the "Petitioning Creditors") filed an involuntary chapter 7 petition [Docket No. 1] (the "Involuntary Chapter 7 Case") against the Honors Holdings, LLC (the "Debtor") in the United States Bankruptcy Court for the Eastern District of New York (the "Court"). On February 25, 2025, the Debtors and the Petitioning Creditors filed a stipulation pursuant to which, among other things, the Debtor agreed to consent to the entry of the Order for Relief and withdraw its Motion to Dismiss [Docket No. 20]. On February 27, 2025 (the "Voluntary Chapter 7 Conversion Date"), the Court entered the Order for Relief [Docket No. 22].

On March 4, 2025 the United States Trustee appointed Lori Lapin Jones as chapter 7 trustee (the "Chapter 7 Trustee"). On March 5, 2025, the Court requested the Debtor to file a voluntary petition along with its Schedule of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement"). The Debtor, with the assistance of its legal advisors, concurrently is filing the Petition, which is attached hereto as **Exhibit A**, the Schedules and Statement in accordance with section 521 of title of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Rules").[1]

Grant Lyon has signed the Petition, Schedules and Statements as the Independent Manager and an authorized signatory for the Debtor. In reviewing and signing the Petition, Schedule and Statement, Mr. Lyon has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtor and the Debtor's advisors. In preparing the Petition, Schedules and Statement, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation. Although the Debtor has made a reasonable effort to ensure the accuracy and completeness of the Schedules and Statement, subsequent information or discovery may result in material changes to the Schedules and Statement. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtor hereby reserves its rights to amend and supplement the Schedules and Statement as may be necessary or appropriate.

---

[1] Given that the Order for Relief has already been entered, the Debtor did not separately file the Petition to avoid confusion.

Notably, the Petition and the Schedules and Statement only pertain to the Debtor. In its recent history, the Debtor was a holding company for 193 subsidiaries, which are not the subject of this chapter 7 case. Accordingly, with respect to **Statement, Part 1, Question 1 – Gross Revenue from Business,** the Debtor responds "None" because it did not generate any gross revenue on an individual basis. However, on a consolidated basis, the enterprise did generate gross revenue. The consolidated financial statements will be made available to the Chapter 7 Trustee promptly (to the extent such financial statements have not already been provided to the Trustee).

Likewise, historically, the Debtor's subsidiary, HH Accounts Payable LLC, made all payments on the Debtor's behalf. Because HH Accounts Payable LLC is not a debtor in this case, the Debtor's response to **Statement, Part 2, Question 3 – Payments to Certain Creditors** may not reflect all of the payments made by HH Accounts Payable, LLC. To the extent not already provided, the Debtor will provide the Chapter 7 Trustee with information related to all payments made by HH Accounts Payable, LLC both prior to and after the filing of the Involuntary Petition.

# EXHIBIT A

## Chapter 7 Petition

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern _____ District of NY _____
                      (State)

Case number (*if known*): 24-44875 (ESS) _____ Chapter 7 _____

❑ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

Honors Holdings, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

4 7 – 1 1 8 0 4 5 9

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 120    Interstate Parkway SE | |
| Number    Street | Number    Street |
| | P.O. Box |
| Atlanta    GA    30339 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Fulton | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

**5. Debtor's website (URL)**

www.honorsholdings.com

**6. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above
  Holding company for fitness facility subsidiaries.

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☐ No
- ☑ Yes. District EDNY   When 11/20/2024   Case number 24-44875 (ESS)
                                      MM / DD / YYYY
        District _____ When _____ Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

■ No

☐ Yes.  Debtor _____  Relationship _____

District _____  When _____

MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____

Number        Street

_____

_____

City                                    State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

| 15. **Estimated assets** | ☑ $0–$50,000 | ☐ $1,000,001–$10 million | ☐ $500,000,001–$1 billion |
|---|---|---|---|
| | ☐ $50,001–$100,000 | ☐ $10,000,001–$50 million | ☐ $1,000,000,001–$10 billion |
| | ☐ $100,000–$500,000 | ☐ $50,000,001–$100 million | ☐ $10,000,000,001–$50 billion |
| | ☐ $500,001–$1 million | ☐ $100,000,001–$500 million | ☐ More than $50 billion |

| 16. **Estimated liabilities** | ☐ $0–$50,000 | ☐ $1,000,001–$10 million | ☐ $500,000,001–$1 billion |
|---|---|---|---|
| | ☐ $50,001–$100,000 | ☐ $10,000,001–$50 million | ☐ $1,000,000,001–$10 billion |
| | ☐ $100,000–$500,000 | ☑ $50,000,001–$100 million | ☐ $10,000,000,001–$50 billion |
| | ☐ $500,001–$1 million | ☐ $100,000,001–$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03 / 07 / 2025
       MM / DD / YYYY

✘   /s/ G. Grant Lyon
_____
Signature of authorized representative of debtor

G. Grant Lyon
_____
Printed name

Title   Independent Manager
_____

**18. Signature of attorney**

✘   /s/ Brian S. Lennon
_____
Signature of attorney for debtor

Date   03 / 07 / 2025
      MM / DD / YYYY

Brian S. Lennon
_____
Printed name

Willkie Farr & Gallagher LLP
_____
Firm name

787      Seventh Avenue
_____
Number    Street

New York      NY      10019
_____
City      State      ZIP Code

(212) 728-8000      blennon@willkie.com
_____
Contact phone      Email address

4215083      NY
_____
Bar number      State

Fill in this information to identify the case:

Debtor name __Honors Holdings, LLC__

United States Bankruptcy Court for the: __Eastern__ District of __NY__
(State)

Case number (If known): __24-44875 (ESS)__

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. JP Morgan Chase NA | Checking | 5  3  2  1 | $ 0.00 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $ _____
   4.2. _____  $ _____

5. **Total of Part 1**  $ _____

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. Lease security deposit held by Albany Road - 120 Interstate North LLC  $ 6,666.81
   7.2. _____  $ _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $_____

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less:    _____ – _____  = ........➔    $_____
                                 face amount              doubtful or uncollectible accounts

    11b. Over 90 days old:       _____ – _____  = ........➔    $_____
                                 face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☑ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____    _____    $_____

    14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

    15.1. JM Smithfield LLC                      100  %    Unknown          $ Undetermined

    15.2. VVDC Lawrenceville LLC                 100  %    Unknown          $ Undetermined

    (cont. on page 3)

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $_____

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture (cont.)**

| | Name of Entity: | % of ownership | | |
|---|---|---|---|---|
| 15.3 | JM Aiken LLC | 100% | Unknown | Undetermined |
| 15.4 | JM Astor Place Fitness LLC | 100% | Unknown | Undetermined |
| 15.5 | OTB1NY LLC | 100% | Unknown | Undetermined |
| 15.6 | HH Beaufort LLC | 100% | Unknown | Undetermined |
| 15.7 | Braintree Fitness LLC | 100% | Unknown | Undetermined |
| 15.8 | HH Holdco, Inc. | 100% | Unknown | Undetermined |
| 15.9 | HH Fitness Brookland LLC | 100% | Unknown | Undetermined |
| 15.10 | JM Irmo Fitness LLC | 100% | Unknown | Undetermined |
| 15.11 | JM Cleveland LLC | 100% | Unknown | Undetermined |
| 15.12 | Fitness Capital Ventures #2 LLC | 100% | Unknown | Undetermined |
| 15.13 | HH Accounts Payable, LLC | 100% | Unknown | Undetermined |
| 15.14 | JM Augusta LLC | 100% | Unknown | Undetermined |
| 15.15 | JM Florence LLC | 100% | Unknown | Undetermined |
| 15.16 | JM Arnold Creek LLC | 100% | Unknown | Undetermined |
| 15.17 | JM Gainesville LLC | 100% | Unknown | Undetermined |
| 15.18 | G3 Fitness Group DCII LLC | 100% | Unknown | Undetermined |
| 15.19 | 3 Kings Holdings, LLC | 100% | Unknown | Undetermined |
| 15.20 | JM Irmo, LLC | 100% | Unknown | Undetermined |
| 15.21 | JM Kennesaw LLC | 100% | Unknown | Undetermined |
| 15.22 | BAMWestSpringfield LLC | 100% | Unknown | Undetermined |
| 15.23 | LV Fitness Flamingo LLC | 100% | Unknown | Undetermined |
| 15.24 | JM South Waterfront LLC | 100% | Unknown | Undetermined |
| 15.25 | JM Special Venue LLC | 100% | Unknown | Undetermined |
| 15.26 | Interval Zone Fitness LLC | 100% | Unknown | Undetermined |
| 15.27 | JM Valdosta LLC | 100% | Unknown | Undetermined |
| 15.28 | JM Lexington LLC | 100% | Unknown | Undetermined |
| 15.29 | HH Fitness Thomas Circle LLC | 100% | Unknown | Undetermined |
| 15.30 | HH Fitness Statesboro LLC | 100% | Unknown | Undetermined |
| 15.31 | HH Fitness Seven Corners LLC | 100% | Unknown | Undetermined |
| 15.32 | JM Simpsonville LLC | 100% | Unknown | Undetermined |
| 15.33 | JM Waterfront LLC | 100% | Unknown | Undetermined |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture (cont.)**

| | Name of Entity: | % of ownership | | |
|---|---|---|---|---|
| 15.34 | JM Spartanburg Fitness LLC | 100% | Unknown | Undetermined |
| 15.35 | OTLV2, LLC | 100% | Unknown | Undetermined |
| 15.36 | Chikara Fitness, LLC | 100% | Unknown | Undetermined |
| 15.37 | Gojiberry, LLC | 100% | Unknown | Undetermined |
| 15.38 | HH Fitness Carson City LLC | 100% | Unknown | Undetermined |
| 15.39 | HH Lynchburg, LLC | 100% | Unknown | Undetermined |
| 15.40 | Honors Holding Management, LLC | 100% | Unknown | Undetermined |
| 15.41 | JM Marietta Holdings, LLC | 100% | Unknown | Undetermined |
| 15.42 | JM Soho LLC | 100% | Unknown | Undetermined |
| 15.43 | VVDC, LLC | 100% | Unknown | Undetermined |
| 15.44 | JM Vancouver Waterfront LLC | 100% | Unknown | Undetermined |
| 15.45 | | | | |
| 15.46 | | | | |
| 15.47 | | | | |
| 15.48 | | | | |
| 15.49 | | | | |
| 15.50 | | | | |
| 15.51 | | | | |
| 15.52 | | | | |
| 15.53 | | | | |
| 15.54 | | | | |
| 15.55 | | | | |
| 15.56 | | | | |
| 15.57 | | | | |
| 15.58 | | | | |
| 15.59 | | | | |
| 15.60 | | | | |
| 15.61 | | | | |
| 15.62 | | | | |
| 15.63 | | | | |
| 15.64 | | | | |

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | ____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $ _____

34. **Is the debtor a member of an agricultural cooperative?**

    ☒ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☒ No

    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☒ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Tables and Chairs | $0 | | $0 |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $0 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $0.00_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☒ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2023 Kia Stinger - VIN KNAE35LD2P6130133 | $ 30,000.00 | Kelley Blue Book | $ 30,000 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $ | | $ |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 30,000.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

**Part 9:  Real property**

54. **Does the debtor own or lease any real property?**
   - ☐ No. Go to Part 10.
   - ☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 120 Interstate North Parkway SE, Atlanta, GA 30339 - office | Leasehold Interest | $ N/A | N/A | $ 0.00 |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   - ☒ No
   - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   - ☒ No
   - ☐ Yes

**Part 10:  Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
   - ☒ No. Go to Part 11.
   - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   $ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No. Go to Part 12.

    ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

    _____    _____ – _____ = ➡ $_____
                                        Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____    Tax year _____    $_____
    _____    Tax year _____    $_____
    _____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

    _____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____    $_____

    Nature of claim        _____

    Amount requested       $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____    $_____

    Nature of claim        _____

    Amount requested       $_____

76. **Trusts, equitable or future interests in property**

    _____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

    _____    $_____
    _____    $_____

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 0.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 6,666.81 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 30,000.00 | |
| 88. **Real property.** Copy line 56, Part 9. ................................................ ➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................. 91a. | $ 36,666.81 | **+** 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................ $ 36,666.81

**Fill in this information to identify the case:**

Debtor name    Honors Holdings, LLC

United States Bankruptcy Court for the:    Eastern      District of   NY
                                                            (State)

Case number (If known):    24-44875 (ESS)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | |
|---|---|---|
| WhiteHorse Capital Management, LLC | All assets of the Debtor. | $ not less than $44,411,461.46    $ |

**Creditor's mailing address**

1450 Brickell Ave, 31st Fl.

Miami, FL 33131

**Describe the lien**

Secured

**Is the creditor an insider or related party?**

**Creditor's email address, if known**

jyeager@whitehorse.com

- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**    09/06/2019

- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

- ■ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | |
|---|---|---|
| | | $_____    $_____ |

**Creditor's mailing address**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

**Creditor's email address, if known**

- ☐ No
- ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**    _____

- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  - ☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ not less than 44,411,461.46

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._** **Creditor's name**

    _____

    **Creditor's mailing address**

    _____

    _____

    **Creditor's email address, if known**

    _____

    **Date debt was incurred** _____

    **Last 4 digits of account number** __ __ __ __

    **Do multiple creditors have an interest in the same property?**
    ☐ No
    ☐ Yes. Have you already specified the relative priority?
        ☐ No. Specify each creditor, including this creditor, and its relative priority.

          _____
          _____
          _____

        ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____ $_____   $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._** **Creditor's name**

    _____

    **Creditor's mailing address**

    _____

    _____

    **Creditor's email address, if known**

    _____

    **Date debt was incurred** _____

    **Last 4 digits of account number** __ __ __ __

    **Do multiple creditors have an interest in the same property?**
    ☐ No
    ☐ Yes. Have you already specified the relative priority?
        ☐ No. Specify each creditor, including this creditor, and its relative priority.

          _____
          _____
          _____

        ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____ $_____   $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Winston & Strawn LLP<br>200 Park Ave., New York, NY 10166<br>Attention: Carey Schreiber | Line 2. 1 | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Debtor    Honors Holdings, LLC

United States Bankruptcy Court for the:   Eastern     District of   NY
                                                          (State)

Case number    24-44875 (ESS)
(If known)

☐ Check if this is an amended filing

**Official Form 206E/F**

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**   **Priority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2**   **Priority creditor's name and mailing address**
_____
_____

**As of the petition filing date, the claim is:**   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3**   **Priority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| Total claim | Priority amount |

**2.__**   **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__**   **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__**   **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__**   **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**
**Nonpriority creditor's name and mailing address**
575 Worcester Road LLC c/o Crosspoint Associates Inc

188 Needham Street, Suite 255

Newton, MA 02464

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Lease guarantee

$ N/A

**Date or dates debt was incurred** 02/03/2022
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2**
**Nonpriority creditor's name and mailing address**
640 PHP, LLC Attn: Jon Gallant

6400 Powers Ferry Road, Suite 350

Atlanta, GA 30339

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Lease guarantee

$ N/A

**Date or dates debt was incurred** 04/23/2019
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3**
**Nonpriority creditor's name and mailing address**
Beaufort Plaza, Inc

608 Bladen Street

Beaufort, SC 29902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Lease guarantee

$ N/A

**Date or dates debt was incurred** 06/15/2022
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4**
**Nonpriority creditor's name and mailing address**
Block 8 Investment, LLC

915 W 11th Street

Vancouver, WA 98660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Lease guarantee

$ N/A

**Date or dates debt was incurred** 01/23/2020
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5**
**Nonpriority creditor's name and mailing address**
BOTF, LLC

21014 Cisco Lane

Leesburg, VA 20175

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Alleged breach of contract claim

$ N/A

**Date or dates debt was incurred**
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.6**
**Nonpriority creditor's name and mailing address**
Braintree Property Associates LP c/o M.S. Management Associates

225 West Washington Street

Indianapolis IN 46204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Lease guarantee

$ N/A

**Date or dates debt was incurred** 12/31/2019
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Honors Holdings, LLC | Case number (if known) | 24-44875 (ESS) |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.7** **Nonpriority creditor's name and mailing address**

Branch Gainesville Associates, LP

3340 Peachtree Road, Suite 600

Atlanta, GA 30326

**Date or dates debt was incurred** 08/27/2019

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Lease guarantee

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ N/A

---

**3.8** **Nonpriority creditor's name and mailing address**

CA 531 86th Street LLC

1412 Broadway, 3rd Floor

New York, NY 10016

**Date or dates debt was incurred** 05/06/2022

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Lease guarantee

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ N/A

---

**3.9** **Nonpriority creditor's name and mailing address**

Carson Valley Center, LLC

211 North Stadium Boulevard, Suite 201

Columbia, MO 65203

**Date or dates debt was incurred** 10/18/2022

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Lease guarantee

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ N/A

---

**3.10** **Nonpriority creditor's name and mailing address**

CV South, LLC

1414 Atwood Avenue

Johnston, RI 02919

**Date or dates debt was incurred** 02/18/2016

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Lease guarantee

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ N/A

---

**3.11** **Nonpriority creditor's name and mailing address**

DDR Prado, LLC

3300 Enterprise Parkway

Beachwood, OH 44122

**Date or dates debt was incurred** 07/14/2015

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Lease guarantee

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ N/A

---

| Debtor | Honors Holdings, LLC | Case number *(if known)* | 24-44875 (ESS) |
|---|---|---|---|
| | Name | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12** Nonpriority creditor's name and mailing address

E-Grand Ventures LLC c/o Logic Commercial Real Estate

8918 Spanish Ridge Ave, #100

Las Vegas, NV 89148

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Lease guarantee

$ N/A

Date or dates debt was incurred    12/01/2016

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

ERP Hillcrest, LLC c/o Brixmor Property Group

450 Lexington Avenue, 13th Floor

New York, NY 10017

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: Lease guarantee

$ N/A

Date or dates debt was incurred    05/31/2018

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

FMH, LLC

8816 Six Forks Road, Suite 201

Raleigh, NC 27615

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: Lease guarantee

$ N/A

Date or dates debt was incurred    06/28/2019

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

J & R Atwater Condo LLC

2525 Main Street, Suite S10

Irvine, CA 92614

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: Lease guarantee

$ N/A

Date or dates debt was incurred    04/15/2016

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

JHR Holdings, LLC c/o Brookside Properties Inc

2002 Richard Jones Road, Suite 200C

Nashville, TN 37215

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: Lease guarantee

$ N/A

Date or dates debt was incurred    08/02/2019

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | Honors Holdings, LLC | Case number *(if known)* | 24-44875 (ESS) |
|---|---|---|---|
| | Name | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17**   Nonpriority creditor's name and mailing address

Joseph and Geraldine Dehorty Living Trust and Frank and Caroline Hines

PO Box 93778

Las Vegas, NV 89193

Date or dates debt was incurred    09/01/2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Lease guarantee

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ N/A

---

**3.18**   Nonpriority creditor's name and mailing address

JSM Associates I LLC c/o Edward J Minskoff Equities

1325 Avenue of the Americas

New York, NY 10019

Date or dates debt was incurred    05/16/2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:   Lease guarantee

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ N/A

---

**3.19**   Nonpriority creditor's name and mailing address

Loren Tampa, LLC (fka Arlington Apartments Holdings LLC)

6410 Arlington Blvd

Falls Church, VA 22042

Date or dates debt was incurred    05/06/2019

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:   Lease guarantee

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ N/A

---

**3.20**   Nonpriority creditor's name and mailing address

Monroe Street Block B Retail, LLC c/o The Bozzuto Group

6406 Ivy Lane, Suite 400

Greenbelt, MD 20770

Date or dates debt was incurred    11/12/2019

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:   Lease guarantee

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ N/A

---

**3.21**   Nonpriority creditor's name and mailing address

New Market – East Gate, LLC c/o New Market Properties

3284 Northside Pkwy, Suite 515

Atlanta, GA 30327

Date or dates debt was incurred    06/30/2021

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:   Lease guarantee

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ N/A

---

| Debtor | Honors Holdings, LLC | Case number (if known) | 24-44875 (ESS) |
|---|---|---|---|
| | Name | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.22** Nonpriority creditor's name and mailing address

New Market – Fairview, LLC  c/o New Market Properties

3284 Northside Pkwy, Suite 515

Atlanta, GA 30327

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Lease guarantee

Date or dates debt was incurred     12/13/2019

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number     __ __ __ __

$ N/A

---

**3.23** Nonpriority creditor's name and mailing address

New Market – Irmo, LLC c/o New Market Properties

3284 Northside Pkwy, Suite 515

Atlanta, GA 30327

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: Lease guarantee

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number     __ __ __ __

$ N/A

---

**3.24** Nonpriority creditor's name and mailing address

Robert Scot James dba Core2000 LLC

875 Siesta Key Circle

Sarasota, FL 34342

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Alleged breach of contract claim

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number     __ __ __ __

$ N/A

---

**3.25** Nonpriority creditor's name and mailing address

Springfield Plaza, LLC c/o Rappaport Management Company

8405 Greensboro Drive, 8th Floor

McLean, VA 22102

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: Lease guarantee

Date or dates debt was incurred     09/17/2019

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number     __ __ __ __

$ N/A

---

**3.26** Nonpriority creditor's name and mailing address

The Realty Associates Fund XI Portfolio, L.P. c/o MRP Real Estate Services Group

3050 K Street NW, Suite 125

Washington, DC 20007

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: Lease guarantee

Date or dates debt was incurred     10/15/2018

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number     __ __ __ __

$ N/A

---

| Debtor | Honors Holdings, LLC | Case number *(if known)* | 24-44875 (ESS) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27** Nonpriority creditor's name and mailing address
Virginia Gateway Promenade LLC

12500 Fair Lakes Circle, Suite 400

Fairfax VA 22033

Date or dates debt was incurred ___12/17/2015___

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: ___Lease guarantee___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ ___N/A___

---

**3.28** Nonpriority creditor's name and mailing address
W/S Smithfield Associates, LLC c/o WS Asset Management, Inc

33 Boylston Street Suite 3000

Chestnut Hill, MA 02467

Date or dates debt was incurred ___08/16/2022___

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim: ___Lease guarantee___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ ___N/A___

---

**3.___** Nonpriority creditor's name and mailing address
_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ _____

---

**3.___** Nonpriority creditor's name and mailing address
Springfield Plaza, LLC c/o Rappaport Management Company

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ _____

---

**3.___** Nonpriority creditor's name and mailing address
_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Seyfarth Shaw LLP<br>560 Mission Street, Suite 3100<br>San Francisco, CA 94105 | Line 3.5<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Seyfarth Shaw LLP<br>560 Mission Street, Suite 3100<br>San Francisco, CA 94105 | Line 3.8<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Seyfarth Shaw LLP<br>560 Mission Street, Suite 3100<br>San Francisco, CA 94105 | Line 3.24<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Law Offices of John Benedict<br>2190 East Pebble Road, Suite 260<br>Las Vegas, NV 89123 | Line 3.17<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |

| Debtor | Honors Holdings, LLC | Case number (if known) 24-44875 (ESS) |
|---|---|---|
| | Name | |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5.  Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

5a. **Total claims from Part 1**          5a.    $ 0.00

5b. **Total claims from Part 2**          5b.  **+** $ N/A

5c. **Total of Parts 1 and 2**            5c.    $ N/A
    Lines 5a + 5b = 5c.

Fill in this information to identify the case:

Debtor name   Honors Holdings, LLC

United States Bankruptcy Court for the: Eastern          District of   NY
                                                                      (State)
Case number (If known):   24-44875 (ESS)          Chapter    7

☐ Check if this is an
   amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Real Estate Lease | Albany Road-120 Interstate North LLC |
| | | | c/o Albany Road Real Estate Partners LLC |
| | | | 201 4th Avenue North, Suite 1250 |
| | State the term remaining | 10/31/2026 | Nashville, TN 37219 |
| | List the contract number of any government contract | | Attn: Brandon Hoag |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## ☐ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2._**
State what the contract or lease is for and the nature of the debtor's interest
State the term remaining
List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest
State the term remaining
List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest
State the term remaining
List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest
State the term remaining
List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest
State the term remaining
List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest
State the term remaining
List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest
State the term remaining
List the contract number of any government contract

Debtor name __Honors Holdings, LLC__

United States Bankruptcy Court for the: __Eastern__ District of __NY__
(State)

Case number (If known): __24-44875 (ESS)__

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 3 Kings Holdings, LLC | Street<br>City State ZIP Code | Whitehorse Capital Management LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Blackberry Vision, LLC | 3097 Piedmont Road NE<br>Street<br>Suite A<br>Atlanta GA 30305<br>City State ZIP Code | Whitehorse Capital Management LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 JM Arnold Creek, LLC | Street<br>City State ZIP Code | Whitehorse Capital Management LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 JM Augusta LLC | 4274 Washington Road<br>Street<br>Suite 2<br>Evans GA 30809<br>City State ZIP Code | Whitehorse Capital Management LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 JM Cleveland, LLC | 682 Paul Huff Parkway<br>Street<br>Cleveland TN 37312<br>City State ZIP Code | Whitehorse Capital Management LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 JM Hixon, LLC | Street<br>City State ZIP Code | Whitehorse Capital Management LLC | ☑ D<br>☐ E/F<br>☐ G |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | | | **Name** | Check all schedules that apply: |
| 2.7 | JM Irmo Fitness LLC | 7467 St. Andrews Road<br>Street<br>Suite 7B | | | Whitehorse Capital Management LLC<br>New Market - Irmo, LLC | ■ D<br>■ E/F<br>☐ G |
| | | Irmo<br>City | SC<br>State | 29063<br>ZIP Code | | |
| 2.8 | JM Kennesaw, LLC | 2555 Prado Lane<br>Street<br>Suite 1400 | | | Whitehorse Capital Management LLC<br>DDR Prado, LLC | ■ D<br>■ E/F<br>☐ G |
| | | Marietta<br>City | GA<br>State | 30066<br>ZIP Code | | |
| 2.9 | JM Marietta, LLC | 1750 Powder Springs Road SW<br>Street<br>Suite 270 | | | Whitehorse Capital Management LLC | ■ D<br>☐ E/F<br>☐ G |
| | | Marietta<br>City | GA<br>State | 30064<br>ZIP Code | | |
| 2.10 | JM NE Columbia LLC | 10296 Two Notch Road<br>Street<br>Suite 2 | | | Whitehorse Capital Management LLC | ■ D<br>☐ E/F<br>☐ G |
| | | Columbia<br>City | SC<br>State | 29229<br>ZIP Code | | |
| 2.11 | JM Pearl District, LLC | 1010 NW Everett Street<br>Street<br>Suite 127 | | | Whitehorse Capital Management LLC | ■ D<br>☐ E/F<br>☐ G |
| | | Portland<br>City | OR<br>State | 97209<br>ZIP Code | | |
| 2.12 | JM Spartanburg Fitness LLC | Street | | | Whitehorse Capital Management LLC<br>ERP Hillcrest, LLC | ■ D<br>■ E/F<br>☐ G |
| | | City | State | ZIP Code | | |
| 2.13 | VVDC Lawrenceville, LLC | Street | | | Whitehorse Capital Management LLC | ■ D<br>☐ E/F<br>☐ G |
| | | City | State | ZIP Code | | |
| 2.14 | JM Special Venue LLC | 1 Southwest Bowerman Drive<br>Street | | | Whitehorse Capital Management LLC | ■ D<br>☐ E/F<br>☐ G |
| | | Beaverton<br>City | OR<br>State | 97005<br>ZIP Code | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |

**2.15**

JM Aiken, LLC

250 East Gate Dr
Street
Suite 238

Aiken    SC    29803
City    State    ZIP Code

New Market - East Gate, LLC

☐ D
☒ E/F
☐ G

**2.16**

JM Astor Place Fitness LLC

51 Astor Place
Street

New York    NY    10003
City    State    ZIP Code

JSM Associates I LLC

☐ D
☒ E/F
☐ G

**2.17**

OTB1NY LLC

8508 3rd Ave
Street

Brooklyn    NY    11209
City    State    ZIP Code

CA 531 86th Street LLC

☐ D
☒ E/F
☐ G

**2.18**

HH Beaufort LLC

23 Robert Smalls Pkwys
Street

Beaufort    SC    29906
City    State    ZIP Code

Beaufort Plaza, Inc.

☐ D
☒ E/F
☐ G

**2.19**

Braintree Fitness LLC

250 Granite Street
Street
Suite 2118

Braintree    MA    02184
City    State    ZIP Code

Braintree Property Associates LP

☐ D
☒ E/F
☐ G

**2.20**

HH Fitness Brookland LLC

655 Monroe St NE B3
Street

Washington    DC    20017
City    State    ZIP Code

Monroe Street Block Retail, LLC

☐ D
☒ E/F
☐ G

**2.21**

HH Carson City LLC

Street

City    State    ZIP Code

Carson Valley Center, LLC

☐ D
☒ E/F
☐ G

**2.22**

Fitness Capital Ventures # 2 LLC

4 Chapel View Blvd.
Street

Cranston    RI    02920
City    State    ZIP Code

CV South, LLC

☐ D
☒ E/F
☐ G

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|---|
| | **Name** | **Mailing address** | | **Name** | Check all schedules that apply: |
| 2.23 | JM Florence, LLC | 1901 W Palmetto St <br> Street <br> Suite 20 <br> Florence   SC <br> City   State   ZIP Code | | FMH, LLC | ☐ D <br> ☒ E/F <br> ☐ G |
| 2.24 | Bish Five LLC | 571 Worcester Road <br> Street <br><br> Framingham   MA   01701 <br> City   State   ZIP Code | | 575 Worcester Road LLC | ☐ D <br> ☒ E/F <br> ☐ G |
| 2.25 | HH Fitness Seven Corners LLC | 6410 Arlington Blvd <br> Street <br><br> Falls Church   VA   22042 <br> City   State   ZIP Code | | Loren Tampa, LLC | ☐ D <br> ☒ E/F <br> ☐ G |
| 2.26 | JM Gainesville, LLC | 833 Dawsonville Hwy <br> Street <br> Suite 220 <br> Gainesville   GA   30501 <br> City   State   ZIP Code | | Branch Gainesville Associates, LC | ☐ D <br> ☒ E/F <br> ☐ G |
| 2.27 | JM Simpsonville, LLC | 655 Fairview Rd <br> Street <br> Suite C-2 <br> Simpsonville   SC   29680 <br> City   State   ZIP Code | | New Market - Fairview, LLC | ☐ D <br> ☒ E/F <br> ☐ G |
| 2.28 | HH Fitness Thomas Circle LLC | 1101 14th St NW <br> Street <br><br> Washington   DC   20005 <br> City   State   ZIP Code | | The Realty Associates Fund XI Portfolio, L.P. | ☐ D <br> ☒ E/F <br> ☐ G |
| 2.29 | JM Valdosta, LLC | 3268 Inner Perimeter Rd <br> Street <br> Suite B <br> Valdosta   GA   31602 <br> City   State   ZIP Code | | JHR Holdings, LLC | ☐ D <br> ☒ E/F <br> ☐ G |
| 2.30 | JM Vancouver Waterfront, LLC | 741 W Columbia Way <br> Street <br><br> Vancouver   WA   98660 <br> City   State   ZIP Code | | Block 8 Investment, LLC | ☐ D <br> ☒ E/F <br> ☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|---|
| | **Name** | **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.31 | LV Fitness Flamingo, LLC | 4245 South Grand Canyon Drive <br> Street <br> Unit 109 <br> Las Vegas    NV    89147 <br> City    State    ZIP Code | | E-Grand Ventures LLC | ☐ D <br> ☒ E/F <br> ☐ G |
| 2.32 | BAMWest Springfield LLC | 7271 Commerce Street <br> Street <br> <br> Springfield    VA    22150 <br> City    State    ZIP Code | | Springfield Plaza, LLC | ☐ D <br> ☒ E/F <br> ☐ G |
| 2. | _____ | Street <br> <br> City    State    ZIP Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2. | _____ | Street <br> <br> City    State    ZIP Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2. | _____ | Street <br> <br> City    State    ZIP Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2. | _____ | Street <br> <br> City    State    ZIP Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2. | _____ | Street <br> <br> City    State    ZIP Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2. | _____ | Street <br> <br> City    State    ZIP Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

☐ Check if this is an
amended filing

**Fill in this information to identify the case:**

Debtor name ___Honors Holdings, LLC___ _____ _____ _____ _____

United States Bankruptcy Court for the: ___Eastern_____ District of ___NY_____
(State)

Case number (If known): ___24-44875 (ESS)_____

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:    Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*......................................................................................

   $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................................

   $ 36,666.81

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................

   $ 36,666.81

---

**Part 2:    Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................

   not less than
   $44,114,461.46

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* .................................................

   $ _____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .......................................

   + $ N/A
   _____

4. **Total liabilities**...............................................................................................................................
   Lines 2 + 3a + 3b

   not less than
   $44,114,461.46

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/07/2025        ✖ /s/ G. Grant Lyon
         MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                     G. Grant Lyon
                                     Printed name

                                     Independent Manager
                                     Position or relationship to debtor