**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x
                                  :

In re:                           :       Chapter 7
                                  :

Honors Holdings, LLC,      :       Case No. 24-44875 (ESS)
                                  :

              Debtor.       :
                                  :

-------------------------------------------------------- x

## STATEMENT REGARDING THE DEBTOR'S PETITION, SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

On November 20, 2024 (the "<u>Petition Date</u>"), petitioning creditors Core2000 LLC, BOTF, LLC, and CA 531 86th Street LLC (the "<u>Petitioning Creditors</u>") filed an involuntary chapter 7 petition [Docket No. 1] (the "<u>Involuntary Chapter 7 Case</u>") against the Honors Holdings, LLC (the "<u>Debtor</u>") in the United States Bankruptcy Court for the Eastern District of New York (the "<u>Court</u>"). On February 25, 2025, the Debtors and the Petitioning Creditors filed a stipulation pursuant to which, among other things, the Debtor agreed to consent to the entry of the Order for Relief and withdraw its Motion to Dismiss [Docket No. 20]. On February 27, 2025 (the "<u>Voluntary Chapter 7 Conversion Date</u>"), the Court entered the Order for Relief [Docket No. 22].

On March 4, 2025 the United States Trustee appointed Lori Lapin Jones as chapter 7 trustee (the "<u>Chapter 7 Trustee</u>"). On March 5, 2025, the Court requested the Debtor to file a voluntary petition along with its Schedule of Assets and Liabilities (the "<u>Schedules</u>") and Statement of Financial Affairs (the "<u>Statement</u>"). The Debtor, with the assistance of its legal advisors, concurrently is filing the Petition, which is attached hereto as **Exhibit A**, the Schedules and Statement in accordance with section 521 of title of the United States Code (the "<u>Bankruptcy Code</u>") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "<u>Rules</u>").[1]

Grant Lyon has signed the Petition, Schedules and Statements as the Independent Manager and an authorized signatory for the Debtor. In reviewing and signing the Petition, Schedule and Statement, Mr. Lyon has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtor and the Debtor's advisors. In preparing the Petition, Schedules and Statement, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation. Although the Debtor has made a reasonable effort to ensure the accuracy and completeness of the Schedules and Statement, subsequent information or discovery may result in material changes to the Schedules and Statement. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtor hereby reserves its rights to amend and supplement the Schedules and Statement as may be necessary or appropriate.

---

[1] Given that the Order for Relief has already been entered, the Debtor did not separately file the Petition to avoid confusion.

Notably, the Petition and the Schedules and Statement only pertain to the Debtor. In its recent history, the Debtor was a holding company for 193 subsidiaries, which are not the subject of this chapter 7 case. Accordingly, with respect to **Statement, Part 1, Question 1 – Gross Revenue from Business,** the Debtor responds "None" because it did not generate any gross revenue on an individual basis. However, on a consolidated basis, the enterprise did generate gross revenue. The consolidated financial statements will be made available to the Chapter 7 Trustee promptly (to the extent such financial statements have not already been provided to the Trustee).

Likewise, historically, the Debtor's subsidiary, HH Accounts Payable LLC, made all payments on the Debtor's behalf. Because HH Accounts Payable LLC is not a debtor in this case, the Debtor's response to **Statement, Part 2, Question 3 – Payments to Certain Creditors** may not reflect all of the payments made by HH Accounts Payable, LLC. To the extent not already provided, the Debtor will provide the Chapter 7 Trustee with information related to all payments made by HH Accounts Payable, LLC both prior to and after the filing of the Involuntary Petition.

<u>**EXHIBIT A**</u>

**Chapter 7 Petition**

Fill in this information to identify the case:

United States Bankruptcy Court for the:

Eastern _____ District of NY _____
(State)

Case number (*if known*): 24-44875 (ESS) _____ Chapter 7

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Honors Holdings, LLC |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

_____
_____
_____
_____
_____

**3. Debtor's federal Employer Identification Number (EIN)**

4 7 _ 1 1 8 0 4 5 9

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 120    Interstate Parkway SE | |
| Number   Street | Number    Street |
| | P.O. Box |
| Atlanta    GA   30339 | |
| City    State   ZIP Code | City    State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Fulton | |
| County | Number    Street |
| | |
| | City    State   ZIP Code |

**5. Debtor's website** (URL)    www.honorsholdings.com

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above
Holding company for fitness facility subsidiaries.

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

■ Yes. District EDNY    When 11/20/2024    Case number 24-44875 (ESS)
                                    MM / DD / YYYY

District _____    When _____    Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____    Relationship _____

District _____    When _____
                                                        MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number       Street

_____

_____
City                                State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

| 15. Estimated assets | ■ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,000-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,000-$500,000 | ■ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03   07/2025
              MM / DD / YYYY

✘   /s/ G. Grant Lyon                          G. Grant Lyon
_____          _____
Signature of authorized representative of debtor   Printed name

Title   Independent Manager
_____

**18. Signature of attorney**

✘   /s/ Brian S. Lennon                        Date   03   07/2025
_____                 MM / DD / YYYY
Signature of attorney for debtor

Brian S. Lennon
_____
Printed name
Willkie Farr & Gallagher LLP
_____
Firm name
787          Seventh Avenue
_____
Number       Street
New York                                   NY        10019
_____
City                                       State     ZIP Code
(212) 728-8000                             blennon@willkie.com
_____
Contact phone                              Email address

4215083                                    NY
_____          _____
Bar number                                 State

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From ___ MM / DD / YYYY to Filing date | ☐ Operating a business<br>☐ Other _____ | $_____ |
| **For prior year:** | From ___ MM / DD / YYYY to ___ MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
| **For the year before that:** | From ___ MM / DD / YYYY to ___ MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From ___ MM / DD / YYYY to Filing date | _____ | $_____ |
| **For prior year:** | From ___ MM / DD / YYYY to ___ MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From ___ MM / DD / YYYY to ___ MM / DD / YYYY | _____ | $_____ |

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | WhiteHorse Capital Management LLC <br> *Creditor's name* <br> 1450 Brickell Ave., 31st Fl. <br> *Street* <br><br> Miami  FL  33131 <br> *City   State   ZIP Code* | 9/25/2024 <br><br> 11/8/2024 | $ 70,000,000.00 | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. | _____ <br> *Creditor's name* <br> _____ <br> *Street* <br><br> _____ <br> *City   State   ZIP Code* | | $_____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ <br> *Insider's name* <br> _____ <br> *Street* <br><br> _____ <br> *City   State   ZIP Code* <br><br> **Relationship to debtor** <br> _____ | _____ | $_____ | _____ <br> _____ <br> _____ |
| 4.2. | _____ <br> *Insider's name* <br> _____ <br> *Street* <br><br> _____ <br> *City   State   ZIP Code* <br><br> **Relationship to debtor** <br> _____ | _____ | $_____ | _____ <br> _____ <br> _____ |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | WhiteHorse Capital Management LLC | All assets of the Debtor, excepting equity interests in | 9/25/24; 11/8/24 | $ 70,000,000 |
| | Creditor's name | entities listed in Part 4, Q.15 in Schedule A/B | | |
| | 1450 Brickell Ave., 31st Fl. | | | |
| | Street | | | |
| | Miami          FL          33131 | | | |
| | City          State          ZIP Code | | | |
| 5.2. | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $ |
| Street | | | |
| City          State          ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | James et al v. Honors Holdings, LLC | | Georgia Northern District Court | ■ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | 75 Ted Turner Dr NW #2211 | ☐ Concluded |
| | | | Street | |
| | 1:2024cv03493 | | Atlanta          GA          30303 | |
| | | | City          State          ZIP Code | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ■ Pending |
| | Honors Holdings LLC | | New York Eastern Bankruptcy Court | ☐ On appeal |
| | **Case number** | | Name | ☐ Concluded |
| | | | 271-C Cadman Plaza E #1595 | |
| | 1:2024bk44875 | | Street | |
| | | | Brooklyn          NY          11201 | |
| | | | City          State          ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | _____ | |
| | | Name |
| | **Case number** | Street |
| City          State      ZIP Code | | |
| | **Date of order or assignment** | City        State      ZIP Code |
| | _____ | |

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City          State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| | | | |
| 9.2. Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City          State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Carl Marks Advisors | | 5/3/2024 | $ 573,900.00 |
| | **Address** | | 5/27/2024 | |
| | 900 Third Avenue | | 5/312024 | |
| | Street | | 6/10/2024 | |
| | 33rd Floor | | 6/17/2024 | |
| | New York    NY    10022 | | 6/24/2024 | |
| | City    State    ZIP Code | | 6/30/2024 | |
| | | | 7/8/2024 | |
| | **Email or website address** | | 7/22/2024 | |
| | https://www.carlmarksadvisors.com/ | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Krevolin & Horst, LLC | | 11/29/2023 | $ 79,930.40 |
| | **Address** | | 12/8/2023 | |
| | 1201 W Peachtree Street NW | | 12/29/2023 | |
| | Street | | 7/26/2024 | |
| | Suite 3500 | | 9/17/2024 | |
| | Atlanta    GA    30309 | | 9/26/2024 | |
| | City    State    ZIP Code | | 10/16/2024 | |
| | **Email or website address** | | 11/11/2024 | |
| | https://www.khlawfirm.com/ | | | |
| | **Who made the payment, if not debtor?** | | | |

**cont. on next page**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**11.3.**   Libby Hoopes Brooks & Mulvey, P.C.

| | | 9/12/2024 | $ 5,000.00 |

**Address**

260 Franklin Street
Street

| Boston | MA | 02110 |
|---|---|---|
| City | State | ZIP Code |

**Email or website address**
https://lhbmlegal.com/

**Who made the payment, if not debtor?**

---

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**11.4.**   Klestadt, Winters, Jureller, Southard & Stevens, LLP

| | | 8/20/2024 | $ 6,034.39 |
| | | 11/12/2024 | |
| | | 12/9/2024 | |

**Address**
200 West 41st Street
Street
17th Floor

| New York | NY | 10036 |
|---|---|---|
| City | State | ZIP Code |

**Email or website address**
https://klestadt.com/

**Who made the payment, if not debtor?**

---

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**11.5.**   Maynard Nexsen PC

| | | 10/6/2024 | $ 3,040.00 |
| | | 11/15/2024 | |
| | | 2/6/2025 | |

**Address**
3280 Peachtree Road NE
Street
Suite 700

| Atlanta | GA | 30305 |
|---|---|---|
| City | State | ZIP Code |

**Email or website address**
https://www.maynardnexsen.com/

**Who made the payment, if not debtor?**

---

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**11.6.**   Hyland Law PLLC

| | | 11/12/2024 | $ 8,000.00 |
| | | 1/22/2025 | |

**Address**
11710 Plaza America Drive
Street
Suite 160

| Reston | VA | 20190 |
|---|---|---|
| City | State | ZIP Code |

**Email or website address**
https://hylandpllc.com/

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.7** Willkie Farr and Gallagher LLP<br><br>**Address**<br><br>787 Seventh Ave<br>Street<br><br>New York　　　NY　　10019<br>City　　　State　　ZIP Code<br><br>**Email or website address**<br>https://www.willkie.com/<br><br>**Who made the payment, if not debtor?** | | 5/31/2024<br>8/8/2024<br>9/13/2024<br>10/22/2024<br>11/30/2024<br>12/10/2024<br>2/2/2025<br>2/4/2025 | $ 1,038,140.26 |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.8.**<br><br>**Address**<br><br>Street<br><br>City　　　State　　ZIP Code<br>**Email or website address**<br><br>**Who made the payment, if not debtor?** | | _____<br>5/27/2024 | $ _____ |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.9.**<br><br>**Address**<br><br>Street<br><br>City　　　State　　ZIP Code<br>**Email or website address**<br><br>**Who made the payment, if not debtor?** | | _ | $ _____ |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.10**<br><br>**Address**<br><br>Street<br><br>City　　　State　　ZIP Code<br>**Email or website address** | | _____ | $_____ |

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ Street | | | |
| | _____ City                State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| | **Who received transfer?** | _____ | _____ | $_____ |
| 13.2. | _____ | _____ | | |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ City                State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

## Part 7:   Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | | | | Dates of occupancy | |
|---|---|---|---|---|---|---|
| 14.1. | _____ Street | | | | From _____ | To _____ |
| | Boston | MA | 02110 | | | |
| | City | State | ZIP Code | | | |
| 14.2. | _____ Street | | | | From _____ | To _____ |
| | 17th Floor | | | | | |
| | New York | NY | 10036 | | | |
| | City | State | ZIP Code | | | |

| Part 8: | Health Care Bankruptcies |
| --- | --- |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- | --- |
| 15.1. | Facility name | | |
| | Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | City          State          ZIP Code | | Check all that apply:<br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- | --- |
| 15.2. | Facility name | | |
| | Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | City          State          ZIP Code | | Check all that apply:<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
| --- | --- |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained.  Subsidiaries in which the Debtor owns equity collect PII of members and debtor has access to that information.

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name _____ Street _____ City  State  ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name _____ Street _____ City  State  ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City  State  ZIP Code | _____ _____ **Address** _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City  State  ZIP Code | _____ _____ **Address** _____ | _____ _____ _____ | ☐ No ☐ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City        State        ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City State ZIP Code | City State ZIP Code | _____ | |

---

## Part 13:    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | JM Acworth LLC<br>Name<br>4391 Acworth Dallas Rd NW<br>Street<br>Suite 212<br>Acworth    Ga    30101<br>City State ZIP Code | Health and Wellness<br>_____<br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From 12/19/2019 To _____ |
| 25.2. | JM Aiken LLC<br>Name<br>250 East Gate Dr<br>Street<br>suite 238<br>Aiken    SC    29803<br>City State ZIP Code | Health and Wellness<br>_____<br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From 7/13/2021 To _____ |
| 25.3. | Vaillantino LLC<br>Name<br>3450 Old Milton Pkwy<br>Street<br>Suite 210<br>Alpharetta    Ga    30005<br>City State ZIP Code | Health and Wellness<br>_____<br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From 7/17/2018 To _____ |

**25.4**

JM Astor Place Fitness LLC

51 Astor Place

New York, NY 10003

Health and Wellness

EIN 86-1417072

**Dates business existed**

From                          to

---

**25.5**

JD Family Fitness Enterprises 1 LLC

228 Washington St  Ste b290

Attleboro, MA 02703

Health and Wellness

EIN 81-2609564

**Dates business existed**

From                          to

---

**25.6**

JM Augusta 2 LLC

3602 Exchange Ln Ste 1

Augusta, GA 30909

Health and Wellness

EIN 84-4729792

**Dates business existed**

From                          to

---

**25.7**

Bish 2 Merge LLC

10 Saint James Ave

Boston, MA 02116

Health and Wellness

EIN 86-3198668

**Dates business existed**

From                          to

---

**25.8**

OTBY1NY LLC

8508 3rd Ave

Brooklyn, NY 11209

Health and Wellness

EIN 82-4688061

**Dates business existed**

From                          to

---

**25.9**

HH Bearden LLC

122 N Forest Park Blvd

Knoxville, TN 37919

Health and Wellness

EIN 88-1501761

**Dates business existed**

From                          to

---

**25.10**

HH Beaufort LLC

23 Robert Smalls Pkwys

Beaufort, SC 29906

Health and Wellness

EIN 87-4253229

**Dates business existed**

From                          to

---

**25.11**

Braintree Fitness LLC

250 Granite St, Suite 2118

Braintree,02184 MA

Health and Wellness

EIN 82-5055653

**Dates business existed**

From                          to

---

**25.12**

Bish One Merge LLC

375 Market St Unit 100

Boston, MA 02135

Health and Wellness

EIN 86-3195675

**Dates business existed**

From                          to
12/19/2019

**25.13**

| G3 Fitness Group III LLC | Health and Wellness | EIN   81-4184079 |
|---|---|---|
| 10295 Bristow Center Dr | | **Dates business existed** |
| Bristow, VA 20136 | | From 7/13/2021          to |

**25.14**

| | Health and Wellness | EIN   38-3942877 |
|---|---|---|
| Cranberry Vision LLC | | **Dates business existed** |
| 4260 Peachtree Road NE  Suite 102 | | From 7/17/2018          to |

**25.15**

| HH Fitness Brookland LLC | Health and Wellness | EIN   87-1881952 |
|---|---|---|
| 655 Monroe St NE B3 | | **Dates business existed** |
| Washington, DC 20017 | | From                    to |

**25.16**

| OTB2NY LLC | Health and Wellness | EIN   82-4688380 |
|---|---|---|
| 485 Kings Highway | | **Dates business existed** |
| Brooklyn, NY 11223 | | From 04/29/2021         to |

**25.17**

| Blackberry Vision LLC | Health and Wellness | EIN   46-3525239 |
|---|---|---|
| 3097 Piedmont Road NE Ste A | | **Dates business existed** |
| Atlanta, GA 30305 | | From 7/17/2018          to |

**25.18**

| JM Buford LLC | Health and Wellness | EIN   82-5336695 |
|---|---|---|
| 5019 West Broad St. Ste M107 & M109 | | **Dates business existed** |
| Sugar Hill, GA 30518 | | From 5/22/2018          to |

**25.19**

| Burlington Fitness Acquisition LLC | Health and Wellness | EIN   84-3724107 |
|---|---|---|
| 112 Mall Rd Suite 8 | | **Dates business existed** |
| Burlington, MA 01803 | | From 12/2/2019          to |

**25.20**

| JW Canton LLC | Health and Wellness | EIN   82-2189803 |
|---|---|---|
| 3640 Marietta Highway Suite 400 | | **Dates business existed** |
| Canton, Ga 30114 | | From                    to |

**25.21**

| HH Fitness Capitol Hill LLC | Health and Wellness | EIN   87-1940370 |
|---|---|---|
| 330 7th St SE | | **Dates business existed** |
| Washington, DC 20003 | | From 7/13/2021          to |

**25.22**

| BAMCarlyle LLC | Health and Wellness | EIN | 83-1496820 |

2381 Eisenhower Avenue

Alexandria,VA 22314

Dates business existed
From  4/29/2021                    to

**25.23**

| | Health and Wellness | EIN | 83-1445632 |

Centennial Fitness LLC

8431 Farm Rd Suite 160

Las Vegas, NV 89131

Dates business existed
From  10/15/2021                    to

**25.24**

| CBVRG LLC | Health and Wellness | EIN | 82-3604195 |

14145 St. Germain Drive

Centreville, VA 20121

Dates business existed
From  4/29/2021                    to

**25.25**

| VVDC Chamblee LLC | Health and Wellness | EIN | 82-4980294 |

5211 Peachtree Blvd Suite 200

Chamblee, GA 30341

Dates business existed
From  7/17/2018                    to

**25.26**

| JM West Ashley LLC | Health and Wellness | EIN | 81-3393765 |

975 Savannah Hwy Suite 111

Charleston, SC 29407

Dates business existed
From  7/27/2016                    to

**25.27**

| Rasberry Vision LLC | Heath and Wellness | EIN | 38-3923444 |

4279 Roswell Road Suite  501

Atlanta, Ga 30342

Dates business existed
From  7/17/2018                    to

**25.28**

| JM Chattanooga LLC | Health and Wellness | EIN | 47-2473436 |

7407 Igou Gap Rd Suite 109

Chattanooga, TN 37421

Dates business existed
From                    to

**25.29**

| JM Clemson LLC | Health and Wellness | EIN | 83-1871542 |

1390 Tiger Blvd Suite 112

Clemson, SC 29631

Dates business existed
From                    to

**25.30**

| JM Cleveland LLC | Health and Wellness | EIN | 83-3896641 |

682 Paul Huff Parkway

Cleveland, TN 37312

Dates business existed
From                    to

**25.31** Fitness Capital Ventures 2 LLC

4 Chapel View Blvd.

Cranston, RI 02920

Health and Wellness

EIN   81-1047869

**Dates business existed**

From 11/25/2019    to

---

**25.32**

Confluence Group II LLC

3000 Windy Hill Road SE Suite 156

Marietta, Ga 30067

Health and Wellness

EIN   47-1795684

**Dates business existed**

From 4/27/2021    to

---

**25.33**

HH Fitness Danvers LLC

35 Independence Way

Danvers, MA 01923

Health and Wellness

EIN   86-3221432

**Dates business existed**

From 4/28/2021    to

---

**25.34** JM Downtown Columbia LLC

940 Harden St

Columbia, SC 29205

Health and Wellness

EIN   84-4667118

**Dates business existed**

From    to

---

**25.35** JM Duluth LLC

2220 Peachtree Industrial Blvd Suite B-130

Duluth , Ga 30097

Health and Wellness

EIN   46-5116160

**Dates business existed**

From 5/22/2018    to

---

**25.36** HH Fitness Dunn Loring LLC

2672 Avenir Place  Suite D200

Vienna, VA 22180

Health and Wellness

EIN   87-1993027

**Dates business existed**

From 9/1/2021    to

---

**25.37** VVDC Dunwoody LLC

2480 Jett Ferry Road Suite 500

Dunwoody , GA 30338

Health and Wellness

EIN   47-4821671

**Dates business existed**

From 7/17/2018    to

---

**25.38** Vaillantino JC LLC

1401 Johnson Ferry Road Suite 320

Marietta , Ga 30062

Health and Wellness

EIN   90-0960220

**Dates business existed**

From 7/17/2018    to

---

**25.39** Fitness Capital Ventures 4 LLC

1191 Division Rd Suite 2

East Greenwich, RI 02818

Health and Wellness

EIN   83-3373023

**Dates business existed**

From 11/25/2019    to

**25.40**

| Simple Berry LLC | Health and Wellness | EIN | 46-3960482 |
|---|---|---|---|

855 Emory Point Drive

Atlanta, GA 30329

**Dates business existed**
From 7/17/2018    to

---

**25.41**

| | Health and Wellness | EIN | 83-1578379 |
|---|---|---|---|

JM Augusta LLC

4274 Washington Rd Suite 2

Evans, Ga 30809

**Dates business existed**
From    to

---

**25.42**

| HH Fitness Fairfax LLC | Health and Wellness | EIN | 87-2011737 |
|---|---|---|---|

9420 Main Street, Ste 13

Fairfax , VA 22031

**Dates business existed**
From 9/1/2021    to

---

**25.43**

| HH Fitness Falls Church LLC | Health and Wellness | EIN | 87-1872145 |
|---|---|---|---|

510 S Washington St

Falls Church, VA 22046

**Dates business existed**
From 7/13/2021    to

---

**25.44**

| HH Farragut LLC | Health and Wellness | EIN | 88-1448773 |
|---|---|---|---|

11674 Parkside Dr. #674

Knoxville , TN 37934

**Dates business existed**
From 5/16/2022    to

---

**25.45**

| JM Florence LLC | Health and Wellness | EIN | 83-4517147 |
|---|---|---|---|

1901 W Palmetto St Ste 20

Florence , SC

**Dates business existed**
From    to

---

**25.46**

| JM Forest Acres LLC | Health and Wellness | EIN | 83-0694909 |
|---|---|---|---|

4708 Forest Drive

Columbia , SC 29206

**Dates business existed**
From 8/15/2018    to

---

**25.47**

| Bish Five LLC | Health and Wellness | EIN | 84-4027744 |
|---|---|---|---|

571 Worchester rd

Framingham, MA 01701

**Dates business existed**
From    to

---

**25.48**

| BAMFredericksburg LLC | Health and Wellness | EIN | 84-1962879 |
|---|---|---|---|

10002 Southpoint Parkway Ste 102

Fredericksburg, VA 22407

**Dates business existed**
From 4/29/2021    to

**25.49**    JM Gainesville LLC

833 Dawsonville Hwy Suite 220

Gainesville, Ga 30501

Health and Wellness

EIN    84-1746511

**Dates business existed**

From             to

---

**25.50**

G3 Fitness Group DCII LLC

14062 Promenade Commons St.

Gainesville, Va 20155

Health and Wellness

EIN    47-4764178

**Dates business existed**

From             to
7/13/2021

---

**25.51**    JM SE Portland LLC

888 SE 9th Ave Suite 100

Portland, OR 97214

Health and Wellness

EIN    82-2576585

**Dates business existed**

From             to

---

**25.52**    JM Greenville LLC

1143 Woodruff Rd Suite C

Greenville, SC 29607

Health and Wellness

EIN    81-2964119

**Dates business existed**

From             to

---

**25.53**    JM Greenville Downtown LLC

101 Falls Park Dr  Suite 101

Greenville, SC 29601

Health and Wellness

EIN    82-2342897

**Dates business existed**

From             to

---

**25.54**    JM Greer LLC

870 E. Suber Rd. Suite 110

Greer, SC 29650

Health and Wellness

EIN    82-5448954

**Dates business existed**

From             to

---

**25.55**    JM Gresham LLC

697 NW Division St

Gresham, OR 97030

Health and Wellness

EIN    82-4016453

**Dates business existed**

From             to

---

**25.56**    JM Sugar Hill LLC

2463 Hamilton Mill Parkway Suite 230

Dacula, Ga 30019

Health and Wellness

EIN    82-5194375

**Dates business existed**

From             to
5/22/2018

---

**25.57**    MAB Management LLC d/b/a TMA LLC

4640 High Pointe Boulevard  Suite A7

Harrisburg, PA 17111

Health and Wellness

EIN    47-4277029

**Dates business existed**

From             to
4/29/2021

| 25.58 | JM Vancouver LLC | Health and Wellness | EIN | 81-4594597 |
|---|---|---|---|---|

7902 NE 6th Ave Suite 104

Vancouver, WA 98665

**Dates business existed**
From                    to

| 25.59 | | Health and Wellness | EIN | 81-4281803 |
|---|---|---|---|---|

Kelly O LLC

430 William Hilton Parkway Ste G-202

Hilton Head, SC 29926

**Dates business existed**
From                    to
4/26/2021

| 25.60 | JM Hixson LLC | Health and Wellness | EIN | 81-4061370 |
|---|---|---|---|---|

5207 Highway 153 Suite 119

Hixson, TN 37343

**Dates business existed**
From                    to
7/17/2018

| 25.61 | Blueberry Vision Investments LLC | Health and Wellness | EIN | 45-4548677 |
|---|---|---|---|---|

857 Collier Rd Suite 15

Atlanta, Ga 30318

**Dates business existed**
From                    to

| 25.62 | River5 Fitness 3 LLC | Health and Wellness | EIN | 82-3394855 |
|---|---|---|---|---|

7505 Leesburg Pike Suite M

Falls Church, Va 22043

**Dates business existed**
From                    to
9/1/2021

| 25.63 | JM Inman Park LLC | Health and Wellness | EIN | 84-2199348 |
|---|---|---|---|---|

299 Highland Ave Suite H1 & H2

Atlanta, Ga 30307

**Dates business existed**
From                    to

| 25.64 | JM Irmo Fitness LLC | Health and Wellness | EIN | 83-0715975 |
|---|---|---|---|---|

7467 St. Andrews Rd.  Suite 7B

Irmo, SC 29063

**Dates business existed**
From                    to
8/15/2018

| 25.65 | Vaillantino LS LLC | Health and Wellness | EIN | 46-3975153 |
|---|---|---|---|---|

8465 Holcomb Bridge Rd. Suite 430

Johns Creek, Ga 30022

**Dates business existed**
From                    to
7/17/2018

| 25.66 | JM Johnson City LLC | Health and Wellness | EIN | 84-2140861 |
|---|---|---|---|---|

3211 Peoples St  Ste 12

Johnson City, TN 37604

**Dates business existed**
From                    to

| 25.67 | Bish Three LLC | Health and Wellness | EIN | 81-1384242 |
|---|---|---|---|---|
| | 270 Third St | | **Dates business existed** | |
| | Cambridge, MA 02142 | | From 12/19/2019 | to |

| 25.68 | | Health and Wellness | EIN | 47-4029820 |
|---|---|---|---|---|
| | JM Kennesaw LLC | | **Dates business existed** | |
| | 2555 Prado Ln Suite 1400 | | From | to |
| | Marietta, Ga 30066 | | | |

| 25.69 | | Health and Wellness | EIN | 81-1808858 |
|---|---|---|---|---|
| | BA Management LLC | | **Dates business existed** | |
| | 5900 Kingstowne Center  Suite 100 | | From 4/29/2021 | to |
| | Alexandria, VA | | | |

| 25.70 | G3 Fitness Group IV LLC | Health and Wellness | EIN | 87-2386008 |
|---|---|---|---|---|
| | 6341 Columbia Pike Suite D | | **Dates business existed** | |
| | Falls Church, VA 22041 | | From 8/30/2021 | to |

| 25.71 | LVE Fitness LLC | Health and Wellness | EIN | 83-1452935 |
|---|---|---|---|---|
| | 691 Marks St Suite D | | **Dates business existed** | |
| | Henderson, NV 89014 | | From 10/15/2021 | to |

| 25.72 | OTLV1 LLC | Health and Wellness | EIN | 83-1927923 |
|---|---|---|---|---|
| | 10271 South Eastern Avenue Suite 103 | | **Dates business existed** | |
| | Henderson, NV 89052 | | From 4/26/2021 | to |

| 25.73 | BOTK1 LLC | Health and Wellness | EIN | 83-1851576 |
|---|---|---|---|---|
| | 565 Wakarusa Drive Suite C | | **Dates business existed** | |
| | Lawrence, KS 66049 | | From 4/29/2021 | to |

| 25.74 | JM Lex LLC | Health and Wellness | EIN | 83-0715811 |
|---|---|---|---|---|
| | 5230 Sunset Blvd, Suite D | | **Dates business existed** | |
| | Lexington, SC 29072 | | From 8/15/2018 | to |

| 25.75 | JM Hasslo LLC | Health and Wellness | EIN | 47-5486695 |
|---|---|---|---|---|
| | 1107 NE 9th Ave | | **Dates business existed** | |
| | Portland, OR 97232 | | From 6/26/2015 | to |

25.76

JM Mableton LLC

Health and Wellness

EIN    87-0907065

1025 Veterans Memorial Hwy SE Suite 630

**Dates business existed**
From                                              to

Mableton, GA 30126

25.77

Health and Wellness

EIN    82-3693075

JCM Macon LLC

**Dates business existed**
From                                              to
4/27/2021

4357 Forsyth Road Suite 250

Macon, GA 31210

25.78

Health and Wellness

EIN    81-4403975

JM Marietta LLC

**Dates business existed**
From                                              to

1750 Powder Springs Rd SW Suite 270

Marietta, GA 30064

25.79

Fitness Capital Ventures LLC

Health and Wellness

EIN    47-4302676

40 Boston Post Rd. West

**Dates business existed**
From                                              to
11/25/2019

Marlborough, MA 01752

25.80

JCM McDonough LLC

Health and Wellness

EIN    82-3699112

1663 Highway 20 West

**Dates business existed**
From                                              to
4/27/2021

McDonough, GA 30253

25.81

G3 Fitness Group DCI LLC

Health and Wellness

EIN    47-4654326

6623 Old Dominion Dr

**Dates business existed**
From                                              to
7/13/2021

McLean, VA 22101

25.82

MAB3 Management

Health and Wellness

EIN    82-4070775

6416 Carlisle Pike

**Dates business existed**
From                                              to

Mechanicsburg, PA 17050

25.82

Strawberry Vision LLC

Health and Wellness

EIN    46-3573362

933 Peachtree St NE Suite 939A

**Dates business existed**
From                                              to
7/17/2018

Atlanta, Ga 30309

25.83

VVDC Milton LLC

Health and Wellness

EIN    81-2663695

12635 Crabapple Rd

**Dates business existed**
From                                              to
7/17/2018

Milton, GA 30004

| 25.84 | HH Mount Juliet LLC | Health and Wellness | EIN | 88-1529686 |
| | 11199 Lebanon Rd. | | **Dates business existed** | |
| | Mt. Juliet, TN 37122 | | From 5/16/2022 | to |

| 25.85 | | Health and Wellness | EIN | 83-1461956 |
| | Mountains Edge Fitness LLC | | **Dates business existed** | |
| | 8085 Blue Diamond Rd Suite 108 | | From 10/15/2021 | to |
| | Las Vegas, NV 89178 | | | |

| 25.86 | | Health and Wellness | EIN | 81-2957470 |
| | JM Mt Pleasant LLC | | **Dates business existed** | |
| | 695 Johnnie Dodds Blvd  Suite 102 | | From | to |
| | Mt. Pleasant, SC 29464 | | | |

| 25.87 | HH Mt. Vernon LLC | Health and Wellness | EIN | 86-3556837 |
| | 7694 Richmond Hwy | | **Dates business existed** | |
| | Alexandria, VA 22306 | | From | to |

| 25.88 | JM Myrtle Beach LLC | Health and Wellness | EIN | 82-4409777 |
| | 7753 N Kings Hwy | | **Dates business existed** | |
| | Myrtle Beach, SC 29572 | | From | to |

| 25.89 | QIG Fitness Natick LLC | Health and Wellness | EIN | 37-1767315 |
| | 21 Main St. | | **Dates business existed** | |
| | Natick, MA 01760 | | From | to |

| 25.90 | JM NE Columbia LLC | Health and Wellness | EIN | 83-0694223 |
| | 10296 Two Notch Rd Suite 2 | | **Dates business existed** | |
| | Columbia, SC 29229 | | From 8/15/2018 | to |

| 25.91 | JM Special Venue LLC | Health and Wellness | EIN | 82-2350400 |
| | 1 Southwest Bowerman Dr | | **Dates business existed** | |
| | Beaverton, OR 97005 | | From | to |

| 25.92 | JM Norcross LLC | Health and Wellness | EIN | 82-5179554 |
| | 5270 Peachtree Pkwy Suite 105 | | **Dates business existed** | |
| | Peachtree Corners, GA 30092 | | From 5/22/2018 | to |

25.93    Interval Zone Fitness LLC

554 Turnpike Street

North Andover, MA 01845

Health and Wellness

EIN    81-3239530

**Dates business existed**

From    7/1/2021    to

---

25.94

OTLV3 LLC

740 W Dorrell Ln Suite 170-180

North Las Vegas, NV 89147

Health and Wellness

EIN    83-1942905

**Dates business existed**

From    to

---

25.95

JM North Mt Pleasant LLC

1137 Oakland Market Rd

Mt. Pleasant, SC 29466

Health and Wellness

EIN    82-4016393

**Dates business existed**

From    to

---

25.96    HH Fitness North Reading LLC

265 Main Street

North Reading, MA 01864

Health and Wellness

EIN    86-3246472

**Dates business existed**

From    4/28/2021    to

---

25.97    VVDC Northlake LLC

2152 Henderson Mill Rd Suite 8A

Atlanta, GA 30341

Health and Wellness

EIN    82-4019546

**Dates business existed**

From    7/17/2018    to

---

25.98    JM Northshore LLC

300 Cherokee Blvd  Suite 145

Chattanooga, TN 37405

Health and Wellness

EIN    81-2574414

**Dates business existed**

From    11/1/2021    to

---

25.99    HH NW Reno LLC

1575 Robb Dr Ste 1

Reno, NV 89523

Health and Wellness

EIN    87-3241057

**Dates business existed**

From    to

---

25.100    BAA Management LLC

1101 King Street Suite 110A

Alexandria,VA 22314

Health and Wellness

EIN    47-3282424

**Dates business existed**

From    4/29/2021    to

---

25.101    HH Fitness Oregon City LLC

395 Beavercreek Rd

Oregon City, OR 97045

Health and Wellness

EIN    87-1255820

**Dates business existed**

From    7/15/2021    to

**25.102**

HH Oxford LLC

1801 Jackson Ave W D115

Oxford, MS 38655

Health and Wellness

EIN    88-1467318

Dates business existed

From    5/16/2022    to

**25.103**

JM Pearl District LLC

1010 NW Everett St ste 127

Portland, OR 97209

Health and Wellness

EIN    84-3339353

Dates business existed

From    to

**25.104**

JM Lexington LLC

715 Lexington Ave

New York, NY 10022

Health and Wellness

EIN    86-1378963

Dates business existed

From    4/13/2021    to

**25.105**

VVDC Pooler LLC

201 Blue Moon Crossing Suite 3&4

Pooler, GA 31322

Health and Wellness

EIN    82-2188171

Dates business existed

From    7/17/2018    to

**25.106**

BBAB Management LLC

650 Potomac Ave

Alexandria, VA 22301

Health and Wellness

EIN    81-1818423

Dates business existed

From    4/29/2021    to

**25.107**

Fitness Capital Ventures 3 LLC

563 North Main St.

Providence, RI 02901

Health and Wellness

EIN    81-1990716

Dates business existed

From    11/25/2019    to

**25.108**

JM Rome Fitness LLC

1431 Turner McCall Blvd SE

Rome, GA 30161

Health and Wellness

EIN    84-4753482

Dates business existed

From    to

**25.109**

HH Fitness Salem LLC

4405 Commercial St SE Suite V

Salem, OR 97302

Health and Wellness

EIN    87-1287989

Dates business existed

From    7/15/2021    to

**25.110**

VVDC Sandy Plains LLC

2960 Shallowford Rd Suite 103

Marietta, GA 30066

Health and Wellness

EIN    81-5395424

Dates business existed

From    7/17/2018    to

| 25.111 | Confluence Group LLC | Health and Wellness | EIN | 46-2032638 |
|---|---|---|---|---|

5975 Roswell Road Suite A113

Atlanta, GA 30328

**Dates business existed**
From 4/27/2021    to

| 25.112 | | Health and Wellness | EIN | 81-4888639 |
|---|---|---|---|---|

Simple Ventures 2 LLC

749 Broadway Route 1 South

Saugus, MA 01906

**Dates business existed**
From 12/2/2019    to

| 25.113 | VVDC Savannah LLC | Health and Wellness | EIN | 81-2366288 |
|---|---|---|---|---|

1800 E Victory Dr Suite 2

Savannah, GA 31404

**Dates business existed**
From 7/17/2018    to

| 25.114 | JM SE Powell LLC | Health and Wellness | EIN | 84-3281387 |
|---|---|---|---|---|

3602 SE Powell Blvd Suite 2

Portland , OR 97202

**Dates business existed**
From    to

| 25.115 | HH Fitness Seven Corners LLC | Health and Wellness | EIN | 87-1889127 |
|---|---|---|---|---|

6410 Arlington Blvd

Falls Church, VA 22042

**Dates business existed**
From 7/13/2021    to

| 25.116 | JM Simpsonville LLC | Health and Wellness | EIN | 84-3585620 |
|---|---|---|---|---|

655 Fairview Rd Ste C-2

Simpsonville, SC 29680

**Dates business existed**
From    to

| 25.117 | JM NW 23rd LLC | Health and Wellness | EIN | 81-5178497 |
|---|---|---|---|---|

2195 NW Raleigh St

Portland, OR

**Dates business existed**
From 6/26/2015    to

| 25.118 | JK Fit LLC | Health and Wellness | EIN | 81-1653807 |
|---|---|---|---|---|

4495 West Village Way SE

Smyrna, GA 30080

**Dates business existed**
From 4/27/2021    to

| 25.119 | JM Soho LLC | Health and Wellness | EIN | 86-1304144 |
|---|---|---|---|---|

62 Crosby St

New York, NY 10012

**Dates business existed**
From 4/13/2021    to

**25.120**

| Somerville Fitness Acquisition LLC | Health and Wellness | EIN    84-3710667 |
|---|---|---|
| 383 Revolution Dr.  Suite 1135 | | **Dates business existed** |
| Somerville,MA 02145 | | From          to |

**25.121**

| | Health and Wellness | EIN    84-2222334 |
|---|---|---|
| JM Fitness South Buckhead LLC | | **Dates business existed** |
| 2255 Peachtree Rd NE Suite J | | From          to |
| Atlanta, GA 30309 | | |

**25.122**

| HH South Reno LLC | Health and Wellness | EIN    87-3227963 |
|---|---|---|
| 8056 South Virginia St  Suite 1 | | **Dates business existed** |
| Reno, NV 89511 | | From    11/1/2021      to |

**25.123**

| JM Waterfront LLC | Health and Wellness | EIN    81-2355288 |
|---|---|---|
| 3642 SW River Pkwy  Unit 200 | | **Dates business existed** |
| Portland, OR  97239 | | From    6/26/2015      to |

**25.124**

| HH Sparks LLC | Health and Wellness | EIN    87-3241410 |
|---|---|---|
| Pioneer Meadors Market PAD E | | **Dates business existed** |
| Sparks, NV 89436 | | From    11/1/2021      to |

**25.125**

| JM Spartanburg Fitness LLC | Health and Wellness | EIN    82-4644892 |
|---|---|---|
| 1915 E Main St Unit 200 | | **Dates business existed** |
| Spartanburg, SC 29307 | | From          to |

**25.126**

| OTLV2 LLC | Health and Wellness | EIN    83-1942561 |
|---|---|---|
| 5990 South Rainbow Boulevard Suite 200 | | **Dates business existed** |
| Las Vegas, NV 89118 | | From    4/26/2021      to |

**25.127**

| BAMStafford LLC | Health and Wellness | EIN    84-1962705 |
|---|---|---|
| 308 Worth Avenue  Suite 115 | | **Dates business existed** |
| Stafford, BA 22556 | | From    4/29/2021      to |

**25.128**

| HH Fitness Statesboro LLC | Health and Wellness | EIN    87-4462591 |
|---|---|---|
| 135-137 Tormenta Way | | **Dates business existed** |
| Statesboro, GA 30458 | | From          to |

**25.129**

MAB2 Management LLC

106 South Atherton Street

State College, PA 16801

Health and Wellness

EIN     82-1834819

**Dates business existed**
From                           to
4/29/2021

**25.130**

JM Summerville LLC

1101 N Main St  Suite 302

Summerville, SC 29483

Health and Wellness

EIN     81-3386185

**Dates business existed**
From                           to
7/27/2016

**25.131**

HH Fitness Thomas Circle LLC

1101 14th St NW

Washington, DC 20005

Health and Wellness

EIN     87-1889464

**Dates business existed**
From                           to
7/13/2021

**25.132**

G3 Fitness Group VI LLC

320 Florida Ave NE

Washington, DC 20002

Health and Wellness

EIN     83-1284993

**Dates business existed**
From                           to
7/13/2021

**25.133**

JM Valdosta LLC

3268 Inner Perimeter Rd Suoie B

Valdosta, GA 31602

Health and Wellness

EIN     84-1785954

**Dates business existed**
From                           to

**25.134**

JM Vancouver Waterfront LLC

741 W Columbia Way

Vancouver, WA 98660

Health and Wellness

EIN     84-3269973

**Dates business existed**
From                           to

**25.135**

JM Vinings LLC

4300 Paces Ferry Rd SE Suite 464

Atlanta, GA 30339

Health and Wellness

EIN     83-1593868

**Dates business existed**
From                           to

**25.136**

QIG Fitness Waltham LLC

500 Totten Pond Rd.

WAltham, MA 02451

Health and Wellness

EIN     35-2557912

**Dates business existed**
From                           to
12/2/2019

**25.137**

VVDC Webb Gin LLC

1250 Scenic Hwy Suite 1264

Lawrenceville, GA 30045

Health and Wellness

EIN     82-4042406

**Dates business existed**
From                           to
7/17/2018

25.138

JM West Beaverton LLC

3905 SW 117th Ave Suite H

Beaverton, OR 97005

Health and Wellness

EIN    82-5244039

**Dates business existed**
From                                    to
5/22/2018

25.139

Health and Wellness

EIN    46-5130320

**Dates business existed**
From                                    to

JM West Cobb LLC

3600 Dallas Hwy Suite 100

Marietta, GA 30064

25.140

LV Fitness Flamingo

4245 South Grand Canyon Drive  Unit 109

Las Vegas, NV 89147

Health and Wellness

EIN    84-3945088

**Dates business existed**
From                                    to
4/26/2021

25.141

HH Fitness West Linn LLC

19151 Williamette Dr

West Linn, OR 97068

Health and Wellness

EIN    87-1255524

**Dates business existed**
From                                    to
7/15/2021

25.142

JM West Midtown LLC

980 Howell Mill Road Ste 2

Atlanta, GA 30318

Health and Wellness

EIN    86-3421913

**Dates business existed**
From                                    to

25.143

LV Fitness Summerlin LLC

9326 West Sahara Avenue Suite 4

Las Vegas, NV 89117

Health and Wellness

EIN    84-3945181

**Dates business existed**
From                                    to
4/26/2021

25.144

BAMWestSpringfield LLC

7271 Commerce Street

Springfield, VA 22150

Health and Wellness

EIN    83-1862219

**Dates business existed**
From                                    to
4/29/2021

25.145

Simple Ventures LLC

160 Littleton Rd.

Westford, MA 01886

Health and Wellness

EIN    81-3203888

**Dates business existed**
From                                    to
12/2/2019

25.146

JM Wilsonville LLC

29756 Town Center Loop W Suite 7L

Wilsonville , OR 97070

Health and Wellness

EIN    82-5244482

**Dates business existed**
From                                    to
5/22/2018

25.147

JM Woodstock LLC

200 Parkbrooke Dr Suite 140

Woodstock, GA 30189

Health and Wellness

EIN    47-2312197

**Dates business existed**
From                    to

25.148

HH Anderson LLC

1607 E Greenville St

Anderson, DC 29621

Health and Wellness

EIN    88-2912128

**Dates business existed**
From                    to

25.149

JM Special Venue LLC

Health and Wellness

EIN

**Dates business existed**
From                    to

25.150

BISH ONE, LLC

Health and Wellness

EIN

**Dates business existed**
From                    to

25.151

BISH 2, LLC

Health and Wellness

EIN

**Dates business existed**
From                    to

25.152

BISH 2 MERGE, LLC

Health and Wellness

EIN

**Dates business existed**
From                    to

25.153

BURLINGTON FITNESS, LLC

Health and Wellness

EIN

**Dates business existed**
From                    to

25.154

JM MARIETTA HOLDINGS, LLC

Health and Wellness

EIN

**Dates business existed**
From                    to

25.155

Interval Zone Fitness, LLC

Health and Wellness

EIN

**Dates business existed**
From                    to

| 25.156 | 3 Kings Holdings, LLC | Health and Wellness | EIN    81-4209822 |
|---|---|---|---|
| | | | **Dates business existed** |
| | | | From                    to |

| 25.157 | | Health and Wellness | EIN    32-0478613 |
|---|---|---|---|
| | JM Arnold Creek, LLC | | **Dates business existed** |
| | | | From                    to |

| 25.158 | OTB1NY, LLC | Health and Wellness | EIN    824688061 |
|---|---|---|---|
| | | | **Dates business existed** |
| | | | From                    to |

| 25.159 | HH Beaufort LLC | Health and Wellness | EIN    87-4253229 |
|---|---|---|---|
| | | | **Dates business existed** |
| | | | From                    to |

| 25.160 | HH Fitness Carson City LLC | Health and Wellness | EIN    87-2383962 |
|---|---|---|---|
| | | | **Dates business existed** |
| | | | From                    to |

| 25.161 | JM East Beaverton, LLC | Health and Wellness | EIN    82-5260371 |
|---|---|---|---|
| | | | **Dates business existed** |
| | | | From                    to |

| 25.162 | HH Accounts Payable LLC | Health and Wellness | EIN    93-4968728 |
|---|---|---|---|
| | 120 Interstate N Parkway SE STE 308 | | **Dates business existed** |
| | Atlanta, GA 30339 | | From                    to |

| 25.163 | HH Collections LLC | Health and Wellness | EIN    93-4971949 |
|---|---|---|---|
| | 120 Interstate N Parkway SE STE 308 | | **Dates business existed** |
| | Atlanta, GA 30339 | | From                    to |

| 25.164 | HH Reserve LLC | Health and Wellness | EIN    93-4972925 |
|---|---|---|---|
| | 120 Interstate N Parkway SE STE 308 | | **Dates business existed** |
| | Atlanta, GA 30339 | | From                    to |

25.165    HH Holdco, Inc.                    Health and Wellness          EIN    82-3674246

          120 Interstate N Parkway SE STE 308                            Dates business existed
                                                                         From                    to
          Atlanta, GA 30339

25.166                                       Health and Wellness          EIN    83-1515702

          Honors Holdings Management LLC                                 Dates business existed
                                                                         From                    to
          120 Interstate N Parkway SE STE 308

          Atlanta, GA 30339

25.167    HH Knoxville Northshore LLC        Health and Wellness          EIN    46-2859058

                                                                         Dates business existed
                                                                         From                    to

25.168    MA-01 - Bish Venture               Health and Wellness          EIN    46-2859058

                                                                         Dates business existed
                                                                         From                    to

25.169    Leo Investments , LLC              Health and Wellness          EIN    47-4293444

                                                                         Dates business existed
                                                                         From                    to

25.170    Oregon Holdings                                                 EIN    47-4375656

                                                                         Dates business existed
                                                                         From                    to

25.171    BMA Management LLC                 Health and Wellness          EIN    47-4271624

                                                                         Dates business existed
                                                                         From                    to

25.172    South Carolina AR Holdings, LLC    Health and Wellness          EIN    81-2969206

                                                                         Dates business existed
                                                                         From                    to

25.173    JM Smithfield LLC                  Health and Wellness          EIN    88-2335907

                                                                         Dates business existed
                                                                         From                    to

25.174    HH TN01-MS01 LLC                    Health and Wellness              EIN    88-1547582

                                                                              **Dates business existed**
                                                                              From                    to


25.175                                          Health and Wellness              EIN    32-0478613

          VVDC, LLC                                                            **Dates business existed**
                                                                              From                    to


25.176    JM Fitness Aldgate Studio Ltd         Health and Wellness              EIN

                                                                              **Dates business existed**
                                                                              From                    to


25.177    JM Fitness Bayswater Studio LTD       Health and Wellness              EIN

                                                                              **Dates business existed**
                                                                              From                    to


25.178    JM Fitness Employment Co Ltd          Health and Wellness              EIN

                                                                              **Dates business existed**
                                                                              From                    to


25.179    JM Fitness Enterprise Ltd             Health and Wellness              EIN

                                                                              **Dates business existed**
                                                                              From                    to


25.180    JM Fitness Fulham LTD                 Health and Wellness              EIN

                                                                              **Dates business existed**
                                                                              From                    to


25.181    JM Fitness Islington Studio LTD       Health and Wellness              EIN

                                                                              **Dates business existed**
                                                                              From                    to


25.182    JM Fitness Studios LTD                Health and Wellness              EIN

                                                                              **Dates business existed**
                                                                              From                    to

25.183  JM Fitness Wandsworth Studio LTD        Health and Wellness        EIN _____

**Dates business existed**
From _____    to _____

25.184                                          Health and Wellness        EIN _____

HH Fitness North Las Vegas LLC
**Dates business existed**
From _____    to _____

25.185  ORANGE GODDESS I, LLC                   Health and Wellness        EIN _____

**Dates business existed**
From _____    to _____

25.186  HH FITNESS IDYLWOOD LLC                 Health and Wellness        EIN _____

**Dates business existed**
From _____    to _____

25.187  JM LLOYD DISTRICT, LLC                  Health and Wellness        EIN _____

**Dates business existed**
From _____    to _____

25.188  ACAIBERRY, LLC                          Health and Wellness        EIN _____

**Dates business existed**
From _____    to _____

25.189  HH York LLC                             Health and Wellness        EIN _____

**Dates business existed**
From _____    to _____

25.190  HH FITNESS READING, LLC                 Health and Wellness        EIN _____

**Dates business existed**
From _____    to _____

25.191  HOODBERRY, LLC                          Health and Wellness        EIN _____

**Dates business existed**
From _____    to _____

25.192  HH West Sahara, LLC          Health and Wellness          EIN

**Dates business existed**
From                              to

25.193                              Health and Wellness          EIN

OG HORIZON, LLC

**Dates business existed**
From                              to

25.194  JM ATHENS LLC          Health and Wellness          EIN

**Dates business existed**
From                              to

25.195  HH Fitness Manassas, LLC          Health and Wellness          EIN

**Dates business existed**
From                              to

25.196  BOTK3 LLC          Health and Wellness          EIN

**Dates business existed**
From                              to

25.197  BOTK2 LLC          Health and Wellness          EIN

**Dates business existed**
From                              to

25.198  BISH VENTURE MERGE, LLC          Health and Wellness          EIN

**Dates business existed**
From                              to

25.199  OTLV REGION, LLC          Health and Wellness          EIN

**Dates business existed**
From                              to

25.200  JM South Buckhead, LLC          Health and Wellness          EIN

**Dates business existed**
From                              to

25.201  JM Fitness Bromley Ltd                    Health and Wellness          EIN _____

**Dates business existed**
From _____    to _____

25.202                                             Health and Wellness          EIN _____

         JM Fitness Winchester                                                  **Dates business existed**
                                                                                From _____    to _____

25.203                                             Health and Wellness          EIN _____

         JM Fitness Shoreditch                                                  **Dates business existed**
                                                                                From _____    to _____

25.204  JM Fitness Victoria                        Health and Wellness          EIN _____

                                                                                **Dates business existed**
                                                                                From _____    to _____

25.205  JM Fitness Franchise                       Health and Wellness          EIN _____

                                                                                **Dates business existed**
                                                                                From _____    to _____

25.206  JM Fitness Enfield Franchise               Health and Wellness          EIN _____

                                                                                **Dates business existed**
                                                                                From _____    to _____

25.207  JM Hixon, LLC                              Health and Wellness          EIN _____

                                                                                **Dates business existed**
                                                                                From _____    to _____

25.208  JM Spartanburg Fitness LLC                 Health and Wellness          EIN _____

                                                                                **Dates business existed**
                                                                                From _____    to _____

25.209  VVDC Lawrenceville, LLC                    Health and Wellness          EIN _____

                                                                                **Dates business existed**
                                                                                From _____    to _____

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Corey Parham<br>Name<br><br>Street<br><br>City                              State            ZIP Code | From ~~April 2022~~ To Oct-2023 |

| Name and address | Dates of service |
|---|---|
| **26a.2.** Sharron Ransom<br>Name<br><br>Street<br><br>City                              State            ZIP Code | From December 2023 To Current |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** RSM US LLP<br>Name<br>One Atlanta Center<br>Street<br>1207 West Peachtree Street<br>Atlanta                         GA              30339<br>City                              State            ZIP Code | From _____ To _____ |

| Name and address | Dates of service |
|---|---|
| **26b.2.** <br>Name<br><br>Street<br><br>City                              State            ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** RSM US LLP<br>Name<br>One Atlanta Center<br>Street<br>1207 West Peachtree Street<br>Atlanta                         GA              30339<br>City                              State            ZIP Code | _____<br>_____<br>_____ |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name<br>_____<br>Street<br><br>_____<br>City                State          ZIP Code | _____<br>_____<br>_____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   Prospect Hills Growth Partners<br>Name<br>230 3rd Ave, 6th Fl.<br>Street<br><br>Waltham              MA           02451<br>City                State          ZIP Code |

| Name and address |
|---|
| 26d.2.   KSL Capital Partners<br>Name<br>100 St. Paul St #800<br>Street<br><br>Denver               CO           80206<br>City                State          ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.   _____<br>Name<br>_____<br>Street<br><br>_____<br>City                State          ZIP Code |

| Name and address |
|---|

26d.3.   Jamie Weeks
         _____
         Name
         _____
         Street
         _____

         _____
         City                    State         ZIP Code

| Name and address |
|---|

26d.4.   Stacie Vaillancourt
         _____
         Name
         _____
         Street
         _____

         _____
         City                    State         ZIP Code

| Name and address |
|---|

26d.5.   JP Morgan Chase NA
         _____
         Name
         270 Park Ave
         _____
         Street

         New York                NY            10017
         _____
         City                    State         ZIP Code

| Name and address |
|---|

26d.6.   United Leasing, Inc.
         _____
         Name
         3700 E. Morgan Ave
         _____
         Street

         Evansville              IN            47715
         _____
         City                    State         ZIP Code

| Name and address |
|---|

26d.7.   Robert Scot James / Core2000 LLC
         _____
         Name
         875 Siesta Key Circle
         _____
         Street

         Sarasota                FL            34342
         _____
         City                    State         ZIP Code

| Name and address |
|---|

26d.8.   CA 531 86th Street LLC
         _____
         Name
         1412 Broadway, 3rd Fl.
         _____
         Street

         New York                NY            10018
         _____
         City                    State         ZIP Code

| Name and address |
|---|

26d.9.   OTF Franchisor, LLC
         _____
         Name
         6000 Broken Sound Parkway, Suite 200
         _____
         Street

         Boca Raton              FL            33487
         _____
         City                    State         ZIP Code

**Name and address**

26d.10.    BOTF, LLC
           Name
           21014 Cisco Lane
           Street

           Leesburg                          VA              20175
           City                              State           ZIP Code

**Name and address**

26d.11.    Regions Bank
           Name
           1900 5th Ave. North
           Street

           Birmingham                        AL              35203
           City                              State           ZIP Code

**Name and address**

26d.12.    Ascentrum Capital
           Name
           23970 US-59
           Street

           Kingwood                          TX              77339
           City                              State           ZIP Code

**Name and address**

26d.13.    Citizens Bank
           Name
           1133 Ave of the Americas
           Street

           New York                          NY              10036
           City                              State           ZIP Code

**Name and address**

26d.14.    WhiteHorse Capital Management LLC
           Name
           1450 Brickell Ave., 31st Fl.
           Street

           Miami                             FL              33131
           City                              State           ZIP Code

**Name and address**

26d.15.
           Name

           Street

           City                              State           ZIP Code

**Name and address**

26d.16.
           Name

           Street

           City                              State           ZIP Code

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | | | $ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.

Name

Street

City                                    State          ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Grant Lyon | 120 Interstate N Pkwy Suite 308, Atlanta, GA 30339 | Independent Manager | |
| | | | |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Vincent Mariani | 120 Interstate N Pkwy Suite 308, Atlanta, GA 30339 | Officer | From ___ To 4/22/24 |
| Mirko Schueppel | 120 Interstate N Pkwy Suite 308, Atlanta, GA 30339 | Officer | From ___ To 4/22/24 |
| Michael Mehr | 120 Interstate N Pkwy Suite 308, Atlanta, GA 30339 | Officer | From ___ To 4/22/24 |
| | | | From ___ To ___ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |
| Relationship to debtor | | | |

| Name and address of recipient | | | |
|---|---|---|---|
| 30.2 | Name | | |
| | Street | | |
| | City     State     ZIP Code | | |
| | Relationship to debtor | | |

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

---

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/07/2025

            MM / DD / YYYY

✘ /s/ G. Grant Lyon           Printed name   G. Grant Lyon

Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Independent Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☒ No

☐ Yes