# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In Re:                                                            **Case No.** 24-44875 (ESS)

                                                                               **Chapter** 7

Honors Holdings, LLC

**Debtor(s)**

---------------------------------------------------------x

## **VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS**

        The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: Brooklyn, New York
       March 7, 2025

                                                                  _____
                                                                  Debtor

                                                                  _____
                                                                 Joint Debtor

                                                                  s/ Brian S. Lennon
                                                                  Attorney for Debtor

575 Worcester Road LLC
c/o Crosspoint Associates Inc
188 Needham Street
Suite 255
Newton MA 02464

640 PHP, LLC
Attn: Jon Gallant
6400 Powers Ferry Road
Suite 350
Atlanta GA 30339

Beaufort Plaza, Inc
608 Bladen Street
Beaufort SC 29902

Block 8 Investment, LLC
915 W 11th Street
Vancouver WA 98660

BOTF, LLC
21014 Cisco Lane
Leesburg VA 20175

Braintree Property Associates LP
c/o M.S. Management Associates
225 West Washington Street
Indianapolis IN 46204

Branch Gainesville Associates, LP
3340 Peachtree Road
Suite 600
Atlanta GA 30326

CA 531 86th Street LLC
1412 Broadway
3rd Floor
New York NY 10016

Carson Valley Center, LLC
211 North Stadium Boulevard
Suite 201
Columbia MO 65203

CV South, LLC
1414 Atwood Avenue
Johnston RI 02919

DDR Prado, LLC
3300 Enterprise Parkway
Beachwood OH 44122

E-Grand Ventures LLC
c/o Logic Commercial Real Estate
8918 Spanish Ridge Ave
#100
Las Vegas NV 89148

ERP Hillcrest, LLC
c/o Brixmor Property Group
450 Lexington Avenue
13th Floor
New York NY 10017

FMH, LLC
8816 Six Forks Road
Suite 201
Raleigh NC 27615

Inland Western Evans, LLC
2021 Spring Road
Suite 200
Oak Brook IL 60523

J & R Atwater Condo LLC
2525 Main Street
Suite S10
Irvine CA 92614

JHR Holdings, LLC
c/o Brookside Properties Inc
2002 Richard Jones Road
Suite 200C
Nashville TN 37215

Joseph and Geraldine Dehorty Living Trust and Frank and Caroline Hines
PO Box 93778
Las Vegas NV 89193

JSM Associates I LLC
c/o Edward J Minskoff Equities
1325 Avenue of the Americas
New York NY 10019

Loren Tampa, LLC (fka Arlington Apartments Holdings LLC)
6410 Arlington Blvd
Falls Church VA 22042

Monroe Street Block B Retail, LLC
c/o The Bozzuto Group
6406 Ivy Lane
Suite 400
Greenbelt MD 20770

New Market – East Gate, LLC
c/o New Market Properties
3284 Northside Pkwy
Suite 515
Atlanta GA 30327

New Market – Fairview, LLC
c/o New Market Properties
3284 Northside Pkwy
Suite 515
Atlanta GA 30327

New Market – Irmo, LLC
c/o New Market Properties
3284 Northside Pkwy
Suite 515
Atlanta GA 30327

Robert Scot James (dba Core2000 LLC)
875 Siesta Key Circle
Sarasota FL 34342

Springfield Plaza, LLC
c/o Rappaport Management Company
8405 Greensboro Drive
8th Floor
McLean VA 22102

The Realty Associates Fund XI Portfolio, L.P.
c/o MRP Real Estate Services Group
3050 K Street NW
Suite 125
Washington DC 20007

Virginia Gateway Promenade LLC
12500 Fair Lakes Circle
Suite 400
Fairfax VA 22033

W/S Smithfield Associates, LLC
c/o WS Asset Management, Inc
33 Boylston Street
Suite 3000
Chestnut Hill MA 02467

WhiteHorse Capital Management, LLC
1450 Brickell Ave
31st Floor
Miami FL 33131