UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                      Chapter 7

HONORS HOLDINGS, LLC,                                       Case No.: 24-44875-ess

                        Debtor.
---------------------------------------------------------x

## ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF BANKRUPTCY COUNSEL TO THE CHAPTER 7 TRUSTEE

Upon the application (ECF No. 30, the "Application") of Lori Lapin Jones, Chapter 7 Trustee ("Trustee") of the bankruptcy case of the above-captioned debtor (the "Debtor"), for entry of an order, pursuant to section 327(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2014 and 2016(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule"), authorizing the employment of LaMonica Herbst & Maniscalco, LLP ("LH&M") as counsel to the Trustee; and upon the declaration of Holly R. Holecek, Esq., which is annexed to the Application (the "Declaration"); and it appearing that LH&M is a "disinterested person" within the meaning of sections 101(14) and 327 of the Bankruptcy Code and does not hold or represent any interest adverse to the Debtor's estate; and this Court having determined that employment of LH&M by the Trustee is in the best interests of the Debtor, its estate and its creditors; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014, the Trustee is authorized to employ LH&M as her counsel, effective as of March 7, 2025; and it is further

ORDERED, that to the extent the Application or Declaration is inconsistent with this Order, the terms of this Order shall govern; and it is further

ORDERED, that LH&M shall seek compensation for its services and reimbursement of its expenses upon application to the Court, and upon notice and a hearing, pursuant to Bankruptcy Code sections 330 and 331, Bankruptcy Rule 2016, E.D.N.Y. L.B.R. 2016 and the Guidelines of the Office of the United States Trustee; and it is further

ORDERED, that prior to any increases in LH&M's rates, LH&M shall file a supplemental affidavit with the Court and provide ten business days' notice to the Trustee, the United States Trustee and any official committee, which supplemental affidavit shall explain the basis for the requested rate increases in accordance with section 330(a)(3)(F) of the Bankruptcy Code and state whether the Trustee has consented to the rate increase. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and all rates and rate increases are subject to review by the Court; and it is further

ORDERED, that, notwithstanding any provision to the contrary in the Application or the Declaration, the Court may retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order.

**NO OBJECTION:**
**WILLIAM K. HARRINGTON**
**UNITED STATES TRUSTEE, REGION 2**

By: ___/s/ Sylvia Shweder_____
     Sylvia Shweder
     Trial Attorney
     Office of the United States Trustee
     Alexander Hamilton Custom House
     One Bowling Green, Room 510
     New York, New York 10004
     (212) 206-2581

Dated: New York, New York
     March 14, 2025

Dated: Brooklyn, New York
     March 17, 2025



_____
Elizabeth S. Stong
United States Bankruptcy Judge