UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                          Chapter 7

HONORS HOLDINGS, LLC,                           Case No.: 24-44875-ess

                  Debtor.
---------------------------------------------------------x

**ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
SPECIAL LITIGATION COUNSEL TO THE CHAPTER 7 TRUSTEE**

      Upon the second amended application (ECF No. 36, the "Application") of Lori Lapin Jones, Chapter 7 Trustee ("Trustee") of the bankruptcy case of the above-captioned debtor (the "Debtor"), for entry of an order, pursuant to section 327(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2014 and 2016(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule"), authorizing the employment of Amini LLC ("Amini") as special litigation counsel to the Trustee; and upon the declaration of Avery Samet, Esq., which is annexed to the Application (the "Declaration"); and it appearing that Amini is a "disinterested person" within the meaning of sections 101(14) and 327 of the Bankruptcy Code and does not hold or represent any interest adverse to the Debtor's estate; and this Court having determined that employment of Amini by the Trustee is in the best interests of the Debtor, its estate and its creditors; and after due deliberation and sufficient cause appearing therefor; it is hereby

      ORDERED, that pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014, the Trustee is authorized to employ Amini as her special litigation counsel, effective as of April 8, 2025, on the terms set forth in the Application and the Declaration; and it is further

      ORDERED, that to the extent the Application or Declaration are inconsistent with this Order, the terms of this Order shall govern; and it is further

ORDERED, that Amini shall seek compensation for its services upon application to the Court, and upon notice and a hearing, pursuant to Bankruptcy Code sections 330 and 331, Bankruptcy Rule 2016, E.D.N.Y. L.B.R. 2016 and the Guidelines of the Office of the United States Trustee; and it is further

ORDERED, that, notwithstanding any provision to the contrary in the Application or the Declaration, the Court may retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order.

**NO OBJECTION:**
**WILLIAM K. HARRINGTON**
**UNITED STATES TRUSTEE, REGION 2**

By: _/s/ Sylvia Shweder, Esq._
    Sylvia Shweder
    Trial Attorney
    Office of the United States Trustee
    Alexander Hamilton Custom House
    One Bowling Green, Room 510
    New York, New York 10004
    (212) 206-2581

Dated: New York, New York
     April 10, 2025

Dated: Brooklyn, New York
     April 11, 2025



_____
Elizabeth S. Stong
United States Bankruptcy Judge