M. Ryan Pinkston (*pro hac vice*)
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Email: rpinkston@seyfarth.com

*Attorneys for Core2000 LLC, BOTF, LLC and CA 531 86th Street LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>HONORS HOLDINGS, LLC,<br><br>                 Debtor. | Chapter 7<br><br>Case No. 24-44875 (ESS) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
**OF ALL NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned bankruptcy cases on behalf of CORE2000 LLC, BOTF, LLC and CA 531 86TH STREET LLC (collectively, the "Petitioners") and, pursuant to 11 U.S.C. § 1109, Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010, and any other applicable statute or rule, requests that notice of all matters that may come before the Court and all papers served or required to be served in these cases be given to:

> M. Ryan Pinkston
> SEYFARTH SHAW LLP
> 560 Mission Street, 31st Floor
> San Francisco, CA 94105
> Telephone: (415) 397-2823
> Facsimile: (415) 397-8549
> Email: rpinkston@seyfarth.com

The foregoing request includes, without limitation, all notices, papers, pleadings, motions, proposed orders, applications, petitions, plans of reorganization or liquidation, disclosure

statements, and any other documents or requests for relief submitted to the Court or required to be served, whether formal or informal, whether written or oral, and regardless how transmitted. If notice or service of any paper is provided only to a limited service list, the undersigned hereby requests inclusion in such limited service list.

This notice of appearance and request for service shall not constitute a waiver of and is without prejudice to: (1) the Petitioner's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, with respect to the above captioned Debtors and any other entities, either in these cases or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved; (2) the Petitioner's right to trial by jury in any proceeding so triable; (3) the Petitioner's right to seek withdrawal of the reference of these cases or any related proceedings; and (4) any objection to the jurisdiction or authority of this Court for any purpose other than with respect to the notice. This notice of appearance and request for special notice shall not constitute, in any way, submission to the jurisdiction or authority of this Court for any particular issues or proceedings and shall not constitute an election of remedies.

Dated: May 8, 2025
      San Francisco, California

SEYFARTH SHAW LLP

By: /s/ *M. Ryan Pinkston*
    M. Ryan Pinkston (*pro hac vice*)
    SEYFARTH SHAW LLP
    560 Mission Street, Suite 3100
    San Francisco, CA 94105
    Telephone: (415) 397-2823
    Facsimile: (415) 397-8549
    Email: rpinkston@seyfarth.com

*Attorneys for Core2000 LLC, BOTF, LLC and CA 531 86th Street LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2025, a true and correct copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES AND PLEADINGS** was caused to be served via the Court's CM/ECF system on all parties registered to receive electronic notice in this case.

      /s/ *M. Ryan Pinkston*
      M. Ryan Pinkston

317719075v.1