**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| HONORS HOLDINGS, LLC, | Case 24-44875 (ess) |
| Debtor. | |

**ORDER AUTHORIZING CHAPTER 7 TRUSTEE TO ISSUE DOCUMENT SUBPOENA TO JP MORGAN CHASE BANK, N.A. PURSUANT TO BANKRUPTCY RULE 2004**

Upon the application of Lori Lapin Jones, Esq., solely in her capacity as Chapter 7 Trustee ("Trustee") of Honors Holdings, LLC ("Debtor"), for an order authorizing the Trustee to issue a subpoena to JPMorgan Chase Bank, N.A. ("Chase Bank"), in the form attached as Exhibit 1 to the application ("Subpoena"), directing the production of documents relating to accounts of the Debtor and certain of its subsidiaries, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure; and good cause having been shown for the relief requested in the application; now, therefore, it is hereby:

ORDERED, that the application is granted as set forth herein; and it is further

ORDERED, that the Trustee is authorized to issue the Subpoena to Chase Bank; and it is further

ORDERED, that Chase Bank is hereby directed to produce for examination and inspection at the Offices of Amini LLC, 131 West 35th Street, 12th Floor, New York, NY 10001, all documents in its possession, custody or control responsive to the Subpoena, by the return date of the Subpoena, which shall be at least twenty (20) days following service thereof, or such other date as may be agreed to by the Trustee and Chase Bank; and it is further

ORDERED, that the Trustee is authorized and empowered to expend such funds (including to pay any reasonable costs of production) and to execute and deliver any and all documents as reasonably necessary to implement the terms of this Order.