KELLEY DRYE & WARREN LLP
Robert L. LeHane
Jennifer D. Raviele
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
Email: rlehane@kelleydrye.com
       jraviele@kelleydrye.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>HONORS HOLDINGS, LLC,<br><br>               Debtor. | Chapter 7<br><br>Case No. 24-44875 (ESS) |

### NOTICE OF PRESENTMENT OF STIPULATION AND AGREED ORDER

**PLEASE TAKE NOTICE** that New Market - East Gate, LLC (the "Landlord"), through its undersigned counsel, will present the proposed *Amended Stipulation and Agreed Order Regarding New Market - East Gate, LLC Lease,* annexed hereto as **Exhibit 1** (the "Proposed Order"), to the Honorable Elizabeth S. Strong, United States Bankruptcy Judge, in her Chambers, United States Bankruptcy Court for the Eastern District of New York, Conrad B. Duberstein Courthouse, 271-C Cadman Plaza East – Suite 1595, Brooklyn, New York 11201-1800, at **12:00 p.m. (prevailing Eastern Time) on August 7, 2025** (the "Presentment Date"), for approval and signature.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the Proposed Order is filed with the Court in accordance with customary practices of the Court and served upon: (i) counsel for the Landlord, Kelley Drye and Warren LLP, 3 World Trade Center, 175 Greenwich

Street, New York, NY 10007, Attn: Robert L. LeHane (rlehane@kelleydrye.com) and Jennifer D. Raviele (jraviele@kelleydrye.com); (ii) counsel to the Chapter 7 Trustee, LaMonica Herbst & Maniscalco LLP, 3305 Jerusalem Ave., #201, Wantagh, NY 11793, Attn: Holly R. Holecek, Esq. (hrh@lhmlawfirm.com); and (iii) the Office of the United States Trustee, One Bowling Green, New York, NY 10004, Attn: (marylou.martin@usdoj.gov), so as to be received by **July 31, 2025, at 12:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline"), there will not be a hearing to consider the Proposed Order absent questions from the Court, and the Proposed Order may be signed and entered by the Court.

**PLEASE TAKE FURTHER NOTICE** that if a written objection to the Proposed Order is timely filed and served, a hearing will be scheduled to consider the Proposed Order before the Court at a date and time to be announced. Objecting parties are required to appear at any hearing and a failure to appear may result in relief being granted without further action of the Court.

Dated: New York, New York
July 14, 2025

        KELLEY DRYE & WARREN LLP

        By: */s/ Robert LeHane*
        Robert LeHane
        Jennifer D. Raviele
        3 World Trade Center
        175 Greenwich Street
        New York, New York 10007
        Telephone: (212) 808-7800
        Facsimile: (212) 808-7897
        Email: rlehane@kelleydrye.com
                jraviele@kelleydrye.com

        *Counsel for the Landlord*