**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>HONORS HOLDINGS, LLC,<br><br>       Debtor. | Chapter 7<br><br>Case 24-44875 (ess) |

**ORDER AUTHORIZING CHAPTER 7 TRUSTEE TO ISSUE SUBPOENA TO PROSPECT HILL GROWTH PARTNERS, L.P.**

  Upon the application of Lori Lapin Jones, Esq., solely in her capacity as Chapter 7 Trustee ("Trustee") of Honors Holdings, LLC ("Debtor"), for an order authorizing the Trustee to issue a subpoena to Prospect Hill Growth Partners, L.P. ("PHGP"), in the form attached as Exhibit 1 to the application ("Subpoena"), directing the examination of Jeff Teschke ("Teschke"), and the production of documents relating to (i) payments that the Debtor made to Joseph Fortunato and PHGP, (ii) the Debtor's financial condition, and (iii) PHGP's direct or indirect management or other roles with respect to the Debtor, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure; and good cause having been shown for the relief requested in the application; now, therefore, it is hereby:

  ORDERED, that the application is granted as set forth herein; and it is further

  ORDERED, that the Trustee is authorized to issue the Subpoena to PHGP; and it is further

  ORDERED, that PHGP is hereby directed to produce for examination and inspection at the Offices of Amini LLC, 131 West 35th Street, 12th Floor, New York, NY 10001, all documents in its possession, custody or control responsive to the Subpoena, by the return date of the Subpoena, which shall be at least twenty (20) days following service thereof, or such other date as may be agreed to by the Trustee and PHGP; provided, however, that PHGP is not required to produce any document in response to the Subpoena that PHGP previously turned over to the Trustee; and it is further

ORDERED, that Teschke shall appear for an examination at a time and place to be agreed upon by the parties, or, if no agreement is reached, at a time and place designated by the Trustee upon reasonable notice; and it is further

ORDERED, that the Trustee is authorized and empowered to expend such funds (including to pay any reasonable costs of production) and to execute and deliver any and all documents as reasonably necessary to implement the terms of this Order.