# **Exhibit 1**

Block DocID



NORTH AMERICA  SOUTH AMERICA  EUROPE  ASIA

200 Park Avenue
New York, NY 10166-4193
+1 212-294-6700
+1 212-294-4700

**Carey D. Schreiber**
212-294-3547
CSchreiber@winston.com

August 13, 2025

<u>**VIA EMAIL**</u>

Jeffrey Chubak, Esq.
Amini LLC
131 West 35th Street, 12th Floor
New York, NY 10001
Email:  jchubak@aminillc.com

**Re**:  *In re Honors Holding, LLC*, Case No. 24-44875 (ESS) (Bankr. E.D.N.Y.)

Dear Jeff:

On behalf of WhiteHorse Capital Management, LLC ("<u>WhiteHorse</u>"), Camarillo Fitness Holdings, LLC, Camarillo Fitness Opco, LLC, and Camarillo Fitness Management, LCC (collectively, "<u>Camarillo</u>"), enclosed are two (2) productions (the "<u>Productions</u>") of Material to Lori Lapin Jones, Esq., in her capacity as Chapter 7 Trustee (the "<u>Trustee</u>") of Honors Holdings, LLC (the "<u>Debtor</u>") in the above-referenced chapter 7 bankruptcy case (the "<u>Case</u>").  WhiteHorse and Camarillo make the enclosed Productions subject to the terms of the *Confidentiality and Protective Order* dated August 8, 2025 [Docket No. 68] entered in the Case (the "<u>Protective Order</u>").  Capitalized terms used and not otherwise defined herein shall have the meaning set forth in the Protective Order.

Production 1 consists of a bring down of certain Materials previously produced to the Trustee by Willkie Farr & Gallagher ("<u>Willkie</u>") on behalf of the Debtor, as follows:

1. the entire Honors Holdings Dropbox Desktop shared drive.  Please note this includes the timeframe for what was previously produced.  This was the most efficient way to bring down the DropBox; and

2. Google Vault data from January 28, 2025 through March 3, 2025, including the following:

   a. Google Vault Data (including email box) for Michael Mehr;
   b. Google Vault Data (including email box) for Ashley Short;
   c. Google Vault Data (including email box) for Mirko Schueppel;
   d. Google Vault Data (including email box) for Landlord Inbox; and
   e. Google Vault Data (including email box) for Vincent Mariani.



**This Production consists of Material that is hereby designated as Confidential Material pursuant to the terms of the Protective Order, including paragraph 3(a).**

Production 1 can be downloaded from the Lighthouse FTP site in the same manner that the prior production from Willkie was downloaded. Credentials for accessing the Lighthouse FTP site are as follows:

URL: *https://ftp.lhediscovery.com*
Username: WNO01_CAMHH_Data Transfer
FTP Password: [to be sent via separate email]

Production 2 consists of the following:

1. email communications between the WhiteHorse Custodians set forth below and the External Parties listed thereafter for the relevant period of February 2024 through February 2025;

   **WhiteHorse Custodians**:
   - John Yeager
   - David Indelicato
   - Mark Bernier
   - Vivek Jain
   - Stephen Migdal
   - Luis Toro
   - Joshua Abueva
   - Jack Kelly

   **External Parties**:
   - Kass-Gergi, Yara - YKass-Gergi@willkie.com
   - Lennon, Brian - BLennon@willkie.com
   - Thomison, Andrew - AThomison@willkie.com
   - Burbage, James - JBurbage@willkie.com
   - DiSanto, Philip - PDiSanto@willkie.com
   - Grant Lyon - glyon@aretecp.com
   - Mirko Schueppel - Mirko@honorsholdingsllc.com
   - Vincent Mariani - vmariani@honorsholdingsllc.com

2. the following Materials which we agreed to separately produce, even though they may separately appear in Production 1:

   a. bank statements for certain accounts located at JP Morgan Chase Bank, N.A. from 2021 through September 2024, which have been redacted in accordance with, among other things, the *Order Authorizing Chapter 7 Trustee to Issue Document Subpoena to JP Morgan Chase Bank, N.A. Pursuant to Bankruptcy Rule 2004* dated August 8, 2025 [Docket No. 69] entered in the Case;


b. certain valuation Materials; and

c. the closing set for the transaction by and among JWC Peach Holdings, L.P., Honors Holdings, LLC, and Vine Investments XVII, LLC, dated as of April 20, 2021 and related information.

Production 2 has been labeled production volume WH_HH_Trustee_001 which has been Bates stamped WH_HH_Trustee_0000001 – WH_HH_Trustee_0027852.

**This Production consists of Material that is hereby designated as Confidential Material pursuant to the terms of the Protective Order, including paragraph 3(a).**

Production 2 will be made available for download via an invite to a Box folder set up by Winston & Strawn, LLP which will house all production sets. Shortly after receiving this production letter, you will receive an invite to access the Box folder from which you can download the production set. If there are any issues with access, please contact Joel Mudd at jmudd@winston.com.

With respect to your additional request for all internal emails between the WhiteHorse Custodians listed above, we have generated the below list of search terms to be used to search the applicable email accounts, ahead of attorney review, including for relevancy and privilege. This list of search terms yields 101,343 documents with hits and 131,315 hits with families.

Please let us know if you would like to discuss or meet and confer on the search terms before we move forward with running the search and beginning the review process. While we reserve all rights, we are willing to meet and discuss them with you in advance of commencing the process. If we do not hear from you shortly, we will assume you have nothing to discuss and move forward accordingly.

- "Chapter 11"
- "Chapter 7"
- "Financial Advisor"
- "Independent Director"
- "Independent Manger"
- "Orange Theory"
- "Replace the board"
- "Take ownership"
- Bankruptcy
- Board flip
- Camarillo
- Carl Marks
- CFH
- CFM
- CM
- Default AND (Camarillo OR CFH OR CFM OR Honors)
- FA
- Foreclos*



- Grant Lyon
- HH
- Honors
- ID AND (Camarillo OR CFH OR CFM OR Honors)
- Insolven*
- KSL
- OTF
- Proposal AND (Camarillo OR CFH OR CFM OR Honors)
- Proxy
- Restructur* AND (Camarillo OR CFH OR CFM OR Honors)
- Studio
- Take over
- Valu* AND (Camarillo OR CFH OR CFM OR Honors)

This production is made without waiver of any of WhiteHorse's or Camarillo's rights, including, without limitation, the right to object to any future discovery requests, whether voluntary or pursuant to court order.

Sincerely,

Carey D. Schreiber

cc:

Lori Lapin Jones (ljones@jonespllc.com)
Holly R. Holecek (hrh@lhmlawfirm.com)
Avery Samet (asamet@aminillc.com)
Yosef Trachtenberg (ytrachtenberg@aminillc.com)