# **Exhibit 2**

Block DocID



200 Park Avenue
New York, NY 10166-4193
+1 212-294-6700
+1 212-294-4700

NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA

**Carey D. Schreiber**
212-294-3547
CSchreiber@winston.com

September 12, 2025

**VIA EMAIL**

Jeffrey Chubak, Esq.
Yoseph Trachtenberg, Esq.
Amini LLC
131 West 35th Street, 12th Floor
New York, NY 10001
Email:  jchubak@aminillc.com
         ytrachtenberg@aminillc.com

Re:    *In re Honors Holding, LLC*, Case No. 24-44875 (ESS) (Bankr. E.D.N.Y.)

Dear Jeff and Yosef:

On behalf of WhiteHorse Capital Management, LLC ("WhiteHorse"), Camarillo Fitness Holdings, LLC, Camarillo Fitness Opco, LLC, and Camarillo Fitness Management, LCC (collectively, "Camarillo"), enclosed are two (2) additional productions (the "Productions") of Material to Lori Lapin Jones, Esq., in her capacity as Chapter 7 Trustee (the "Trustee") of Honors Holdings, LLC (the "Debtor") in the above-referenced chapter 7 bankruptcy case (the "Case"). WhiteHorse and Camarillo make the enclosed Productions subject to the terms of the *Confidentiality and Protective Order* dated August 8, 2025 [Docket No. 68] entered in the Case (the "Protective Order"). Capitalized terms used and not otherwise defined herein shall have the meaning set forth in the Protective Order or my August 13, 2025 correspondence, as applicable.

Production 3 consists of a supplement to Production 1, which was the bring down of certain Materials previously produced to the Trustee by Willkie Farr & Gallagher ("Willkie") on behalf of the Debtor, as follows:

1. Emails from January 28, 2025 through March 3, 2025 that, upon information and belief, were forwarded and downloaded by Mirko Schueppel to his Microsoft One Drive account as backup; and

2. Google Vault data (including email box data) from January 28, 2025 through March 3, 2025 for Clayton Putala.

**This Production consists of Material that is hereby designated as Confidential Material pursuant to the terms of the Protective Order, including paragraph 3(a).**



Item 1 of Production 3 will be made available for download via an invite to a Box folder labeled WH_HH_TRUSTEE_001a. Shortly after receiving this production letter, you will receive an invite to access the Box folder from which you can download the production set. If there are any issues with access, please contact Amila Golic at agolic@winston.com.

Item 2 of Production 3 can be downloaded from the Lighthouse FTP site in the same manner that the prior production from Willkie and Production 1 were downloaded. Credentials for accessing the Lighthouse FTP site are as follows:

URL: *https://ftp.lhediscovery.com/20250909_Clayton%20Putala.7z*
Username: WNO01_CAMHH_Data Transfer
FTP Password: [to be sent via separate email]
Zip Password: [to be sent via separate email]

Production 4 consists of:

1. Email communications between the WhiteHorse/Camarillo Custodians set forth below and all parties at the External Domains listed thereafter for the relevant period of February 2024 through February 2025:

    **WhiteHorse/Camarillo Custodians**:
    - John Yeager
    - David Indelicato
    - Mark Bernier
    - Vivek Jain
    - Stephen Migdal
    - Luis Toro
    - Joshua Abueva
    - Jack Kelly
    - Vincent Mariani - vmariani@camfit.com
    - Mirko Schueppel - mirko@camfit.com
    - Ashley Short - agraham@camfit.com
    - Michael Mehr - mmehr@camfit.com

    **External Domains**:
    - @orangetheory.com
    - @purposebrands.com
    - @sebrands.com

2. The following Materials which we are separately producing in response to your additional requests, even though they may separately appear in one of the other Productions:



- that certain Assignment, dated as of June 4, 2024, by and among Webster Bank, National Association, as Assignor, and the financial institutions set forth on Schedule I thereto, each as an Assignee; and
- that certain Ninth Amendment to Credit Agreement, dated as of June 20, 2024, by and among Honors Holdings, LLC, as Borrower, HH Holdco, Inc., as Holdings, the other persons party thereto designated as a "Credit Party" on the signature pages thereof, WhiteHorse Capital Management, LLC, as Agent and Lender, and the other Lenders party thereto.

Production 4 excludes Materials that were previously produced and document families that, in addition to emails between the WhiteHorse/Camarillo Custodians and such External Domains also contain internal discussions between WhiteHorse/Camarillo Custodians only. Any such document families will be reviewed in our review of emails, subject to search terms, as discussed further below. With respect to communications to/from such WhiteHorse/Camarillo Custodians and the External Domain @us.dlapiper.com, those will be included in our review of emails, subject to search terms, as discussed further below.

Production 4 has been labeled production volume WH_HH_Trustee_002 which has been Bates stamped WH_HH_Trustee_0027853 – WH_HH_Trustee_0029421.

**This Production consists of Material that is hereby designated as Confidential Material pursuant to the terms of the Protective Order, including paragraph 3(a).**

Production 4 will be made available for download via an invite to a Box folder labeled WH_HH_TRUSTEE_002. Shortly after receiving this production letter, you will receive an invite to access the Box folder from which you can download the production set. If there are any issues with access, please contact Amila Golic at agolic@winston.com.

In addition, with respect to your additional requests,

(i) regarding valuation materials relating to WhiteHorse's assessment that the foreclosed-upon studios and assets were worth $70 million, those materials were already provided as part of Production 2. With respect to the request for communications and documents relating to such valuation materials, those will be included in our review of emails, subject to search terms, as discussed further below;

(ii) for communications and documents with Webster Bank regarding WhiteHorse's purchase of Webster Bank's interest under the Credit Agreement in or around June 2024, in addition to Materials in Production 4 and any prior Productions, those will be included in our review of emails, subject to search terms, as discussed further below;

(iii) regarding the Master Relationship Agreement, dated January 13, 2025, in addition to Materials in Production 4 and any prior Productions, those will be included in our review of emails, subject to search terms, as discussed further below; and



(iv) for all internal emails between the WhiteHorse/Camarillo Custodians listed above, as well as communications including Carl Marks, DLA Piper and (ii) and (iii) above, as requested, we have modified the search terms to include your suggestions. The hit report for such search terms is as follows:

| Search Term | Documents With Hits | Documents With Hits, Including Group | Unique Hits |
|---|---:|---:|---:|
| Camarillo | 24,586 | 33,072 | 6,980 |
| CFH | 1,287 | 2,762 | 97 |
| CFM | 1,266 | 2,325 | 1,104 |
| CFO | 31,511 | 51,686 | 23,110 |
| Honors | 46,195 | 59,925 | 15,624 |
| HH | 14,663 | 29,603 | 2,893 |
| OTF | 22,729 | 29,985 | 4,113 |
| Orangetheory | 25,368 | 33,278 | 8,872 |
| "Orange Theory" | 6,903 | 13,722 | 1,322 |
| 9-6* | 1,593 | 5,121 | 830 |
| PSFA | 1,170 | 2,462 | 14 |
| Lyon OR Arete | 4,160 | 9,168 | 489 |
| KSL | 2,681 | 4,662 | 374 |
| DSI | 639 | 1,452 | 213 |
| Accordion | 2,624 | 5,527 | 933 |
| "replace the board" | 88 | 180 | 17 |
| "independent manager" | 1,776 | 4,002 | 252 |
| "independent director" | 5,543 | 10,687 | 3,735 |
| "$70 million" | 1,440 | 2,647 | 1,122 |
| 70,000,000 | 603 | 2,657 | 121 |
| 70000000 | 176 | 439 | 0 |
| 70m | 1,595 | 3,274 | 1,108 |
| MRA | 2,926 | 4,486 | 299 |
| "Master Relationship Agreement" | 673 | 1,231 | 3 |
| Webster | 4,903 | 11,589 | 1,001 |

We propose that the search term "CFO" be eliminated, which was hitting on an unreasonably large number of documents. Among other things, given that Camarillo Fitness Opco, LLC was formed only in connection with the remedy exercise to hold assets post-closing, it is more likely to pick up non-responsive information related to chief financial officers rather than



responsive materials which are otherwise covered by other search terms (e.g., Camarillo).  We are otherwise okay to proceed with the search terms set forth above.  Please confirm.

       This production is made without waiver of any of WhiteHorse's or Camarillo's rights, including, without limitation, the right to object to any future discovery requests, whether voluntary or pursuant to court order.

Sincerely,

Carey D. Schreiber

cc:

Lori Lapin Jones (ljones@jonespllc.com)
Holly R. Holecek (hrh@lhmlawfirm.com)
Avery Samet (asamet@aminillc.com)