# **Exhibit 3**

Block DocID



200 Park Avenue
New York, NY 10166-4193
+1 212-294-6700
+1 212-294-4700

**Carey D. Schreiber**
212-294-3547
CSchreiber@winston.com

October 16, 2025

**VIA EMAIL**

Jeffrey Chubak, Esq.
Yosef Trachtenberg, Esq.
Amini LLC
131 West 35th Street, 12th Floor
New York, NY 10001
Email:  jchubak@aminillc.com
           ytrachtenberg@aminillc.com

Re:   *In re Honors Holding, LLC*, Case No. 24-44875 (ESS) (Bankr. E.D.N.Y.)

Dear Jeff and Yosef:

On behalf of WhiteHorse Capital Management, LLC ("WhiteHorse") and Camarillo Fitness Holdings, LLC, Camarillo Fitness Opco, LLC, and Camarillo Fitness Management, LCC (collectively, "Camarillo"), enclosed is an additional production (the "Production") of Material to Lori Lapin Jones, Esq., in her capacity as Chapter 7 Trustee (the "Trustee") of Honors Holdings, LLC (the "Debtor") in the above-referenced chapter 7 bankruptcy case (the "Case").  WhiteHorse and Camarillo make the enclosed Production subject to the terms of the *Confidentiality and Protective Order* dated August 8, 2025 [Docket No. 68] entered in the Case (the "Protective Order").  Capitalized terms used and not otherwise defined herein shall have the meaning set forth in the Protective Order or my previous correspondence, as applicable.

Production 5 consists of a supplement to Production 4, as follows:

1. Email communications between the WhiteHorse/Camarillo Custodians set forth below and all parties at the External Domain listed thereafter for the relevant period of February 2024 through February 2025:

   **WhiteHorse/Camarillo Custodians**:
   - John Yeager
   - David Indelicato
   - Mark Bernier
   - Vivek Jain
   - Stephen Migdal
   - Luis Toro
   - Joshua Abueva


- Jack Kelly
- Vincent Mariani - vmariani@camfit.com
- Mirko Schueppel - mirko@camfit.com
- Ashley Short - agraham@camfit.com
- Michael Mehr - mmehr@camfit.com

**External Domain**:

- @orangetheoryfitness.com

Production 5 excludes Materials that were previously produced. Production 5 has been labeled production volume WH_HH_Trustee_003 which has been Bates stamped WH_HH_Trustee_0029439 – WH_HH_Trustee_0067607.

**This Production consists of Material that is hereby designated as Confidential Material pursuant to the terms of the Protective Order, including paragraph 3(a).**

Production 5 will be made available for download via an invite to a Box folder labeled WH_HH_TRUSTEE_003. Shortly after receiving this production letter, you will receive an invite to access the Box folder from which you can download the production set. If there are any issues with access, please contact Amila Golic at agolic@winston.com.

This production is made without waiver of any of WhiteHorse's or Camarillo's rights, including, without limitation, the right to object to any future discovery requests, whether voluntary or pursuant to court order.

Sincerely,

Carey D. Schreiber

cc:

Lori Lapin Jones (ljones@jonespllc.com)
Holly R. Holecek (hrh@lhmlawfirm.com)
Avery Samet (asamet@aminillc.com)