# Exhibit 4



200 Park Avenue
New York, NY 10166-4193
+1 212-294-6700
+1 212-294-4700

**Carey D. Schreiber**
212-294-3547
CSchreiber@winston.com

November 14, 2025

**VIA EMAIL**

Jeffrey Chubak, Esq.
Yosef Trachtenberg, Esq.
Amini LLC
131 West 35th Street, 12th Floor
New York, NY 10001
Email: jchubak@aminillc.com
       ytrachtenberg@aminillc.com

**Re**:   *In re Honors Holding, LLC*, Case No. 24-44875 (ESS) (Bankr. E.D.N.Y.)

Dear Jeff and Yosef:

      On behalf of WhiteHorse Capital Management, LLC ("WhiteHorse") and Camarillo Fitness Holdings, LLC, Camarillo Fitness Opco, LLC, and Camarillo Fitness Management, LCC (collectively, "Camarillo"), enclosed is an additional production (the "Production") of Material to Lori Lapin Jones, Esq., in her capacity as Chapter 7 Trustee (the "Trustee") of Honors Holdings, LLC (the "Debtor") in the above-referenced chapter 7 bankruptcy case (the "Case"). WhiteHorse and Camarillo make the enclosed Production subject to the terms of the *Confidentiality and Protective Order* dated August 8, 2025 [Docket No. 68] entered in the Case (the "Protective Order"). Capitalized terms used and not otherwise defined herein shall have the meaning set forth in the Protective Order or my previous correspondence, as applicable.

      Production 6 consists of internal email communications between the WhiteHorse/Camarillo Custodians set forth below that hit upon one of the search terms we previously agreed to (and as set forth further below) for the relevant period of February 2024 through February 2025, after the exclusion of the following: (i) presumptively privileged material that includes emails and documents exchanged with legal and related professionals engaged by the WhiteHorse, HIG and Camarillo entities, and communications with respect thereto; (ii) email domains that are irrelevant to Honors/Camarillo (e.g., other HIG/WhiteHorse portfolio companies); and (iii) communications related to Carl Marks / DLA personnel who were not involved in the Honors matter; and (iv) bank statements which were previously produced pursuant to agreed protocol.

      **WhiteHorse/Camarillo Custodians**:
- John Yeager
- David Indelicato



- Mark Bernier
- Vivek Jain
- Stephen Migdal
- Luis Toro
- Joshua Abueva
- Jack Kelly
- Vincent Mariani - vmariani@camfit.com
- Mirko Schueppel - mirko@camfit.com
- Ashley Short - agraham@camfit.com
- Michael Mehr - mmehr@camfit.com

**Search terms to which we previously agreed:**
Camarillo
CFH
CFM
Honors
HH
OTF
Orangetheory
"Orange Theory"
9-6*
PSFA
Lyon OR Arete
KSL
DSI
Accordion
"replace the board"
"independent manager"
"independent director"
"$70 million"
70,000,000
70000000
70m
MRA
"Master Relationship Agreement"
Webster

Production 6 excludes Materials that were previously produced. Production 6 has been labeled production volume WH_HH_Trustee_004 which has been Bates stamped WH_HH_Trustee_0067608 – WH_HH_Trustee_0409991.

**This Production consists of Material that is hereby designated as Confidential Material pursuant to the terms of the Protective Order, including paragraph 3(a).**



Production 6 will be made available for download via an invite to a Box folder labeled WH_HH_TRUSTEE_004. Shortly after receiving this production letter, you will receive an invite to access the Box folder from which you can download the production set. If there are any issues with access, please contact Amila Golic at agolic@winston.com.

This production is made without waiver of any of WhiteHorse's or Camarillo's rights, including, without limitation, the right to object to any future discovery requests, whether voluntary or pursuant to court order.

Sincerely,

Carey D. Schreiber

cc:

Lori Lapin Jones (ljones@jonespllc.com)
Holly R. Holecek (hrh@lhmlawfirm.com)
Avery Samet (asamet@aminillc.com)