Presentment Date and Time: May 26, 2026 at 10:00 a.m.
Objection Deadline: May 19, 2026

Avery Samet, Esq.
Jeffrey Chubak, Esq.
Yosef Trachtenberg, Esq.
Amini LLC
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
ytrachtenberg@aminillc.com
Special Litigation Counsel for Lori Lapin
Jones, Esq. as Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| HONORS HOLDINGS, LLC, | Case 24-44875 (ess) |
| Debtor. | |

### NOTICE OF PRESENTMENT OF APPLICATION OF CHAPTER 7 TRUSTEE FOR ORDER PURSUANT TO BANKRUPTCY RULE 2004 <u>AUTHORIZING THE EXAMINATION OF MIRKO SCHUEPPEL</u>

PLEASE TAKE NOTICE that on May 26, 2026 at 10:00 a.m., Lori Lapin Jones, Esq., solely in her capacity as Chapter 7 Trustee ("<u>Trustee</u>") of Honors Holdings, LLC ("<u>Debtor</u>") will present the annexed application for an order authorizing the Trustee to examine Mirko Schueppel, pursuant to Fed. R. Bankr. P. 2004, together with the accompanying proposed order, to the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, for signature.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the application or entry of the proposed order, must be in writing, conform to the requirements in E.D.N.Y. LBR 9013-1 and be filed by May 19, 2026 (the "<u>Objection Deadline</u>").

PLEASE TAKE FURTHER NOTICE that if an objection is filed by the Objection Deadline, a hearing will be scheduled on June 30, 2026, 10:30 a.m., notice of which will be provided separately.

PLEASE TAKE FURTHER NOTICE, that in the event no objection is filed by the Objection Deadline, the proposed order in the form annexed to the application may be entered without a hearing.

Dated: New York, NY
      April 24, 2026

Amini LLC

*/s/ Yosef Trachtenberg*
Avery Samet, Esq.
Jeffrey Chubak, Esq.
Yosef Trachtenberg, Esq.
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
ytrachtenberg@aminillc.com
Special Litigation Counsel for Lori Lapin
Jones, Chapter 7 Trustee

Presentment Date and Time: May 26, 2026 at 10:00 a.m.
Objection Deadline: May 19, 2026

Avery Samet, Esq.
Jeffrey Chubak, Esq.
Yosef Trachtenberg, Esq.
Amini LLC
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
ytrachtenberg@aminillc.com
Special Litigation Counsel for Lori Lapin
Jones, Esq. as Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| HONORS HOLDINGS, LLC, | Case 24-44875 (ess) |
| Debtor. | |

**APPLICATION OF CHAPTER 7 TRUSTEE FOR ORDER PURSUANT**
**TO BANKRUPTCY RULE 2004 AUTHORIZING THE**
**EXAMINATION OF MIRKO SCHUEPPEL**

Lori Lapin Jones, Esq., solely in her capacity as Chapter 7 Trustee ("Trustee") of Honors

Holdings, LLC ("Debtor") moves for an order authorizing the Trustee to examine Mirko

Schueppel ("Schueppel"), the Debtor's former Chief Financial Officer, pursuant to Rule 2004 of

the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule"), and states:

**JURISDICTION**

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

**BACKGROUND**

3. Upon information and belief, the Debtor together with its subsidiaries were one of

the largest franchisees of Orangetheory Fitness studios in the country.

4.      Upon information and belief, Schueppel was the Debtor's CFO from 2019-2024, and his duties included overseeing financial reporting, managing payroll, cash flow and liquidity, assisting with filing tax returns and communicating with the Debtor's creditors.

5.      Upon information and belief, on September 25, 2024, the Debtor's lender WhiteHorse Capital Management, LLC ("WhiteHorse") purportedly foreclosed on equity interests in the Debtor's profitable studios and the other assets of the Debtor and its subsidiaries, and assigned the same to Camarillo Fitness Holdings, LLC and Camarillo Fitness OpCo, LLC (together, "Camarillo"), both newly-formed entities created by Whitehorse to take assignment of the same.

6.      Upon information and belief, WhiteHorse foreclosed on the equity interests of an additional twelve subsidiaries of the Debtor on November 8, 2024.

7.      The Trustee understands that at some point, either following or concurrent with his employment by the Debtor, Schueppel became employed by or was working as an independent contractor for Camarillo.[1]

8.      This involuntary Chapter 7 case was commenced on November 20, 2024.

9.      An order for relief was entered March 3, 2025.

10.     The Trustee was appointed on March 4, 2025.

## RELIEF REQUESTED AND BASIS THEREFOR

11.     By this application, the Trustee seeks entry of an order authorizing the Trustee to examine Schueppel pursuant to Bankruptcy Rule 2004.

---

[1] The Trustee seeks to examine Schueppel solely with respect to his employment by the Debtor and not with respect to his role at Camarillo.  The Trustee reserves the right to seek an examination of him in the future regarding his role at Camarillo.

2

12. Good cause exists for such examination. The Trustee has a statutory duty under section 704(a)(4) of the Bankruptcy Code to investigate the Debtor's financial affairs including the above-referenced foreclosure and management of the Debtor's financial affairs in the years leading up to the foreclosure and bankruptcy. The Debtor's CFO is uniquely positioned to provide information relevant to the investigation. As noted above, the Trustee seeks to examine Schueppel solely with respect to his relationship with the Debtor and not with respect to any subsequent role he may have held at Camarillo.

13. Bankruptcy Rule 2004(a) permits the examination of any entity, which term includes an individual.

14. Pursuant to Bankruptcy Rule 2004(b), the scope of the examination may include "(A) the debtor's acts, conduct or property; (B) the debtor's liabilities and financial condition; [and] (C) any matter that may affect the administration of the debtor's estate." The scope has been described as "broader than discovery permitted under the Federal Rules of Civil Procedure." *In re Corso*, 328 B.R. 375, 383 (E.D.N.Y. 2005). *See also In re Parikh*, 397 B.R. 518, 525-26 (Bankr. E.D.N.Y. 2008) ("A Rule 2004 examination has been likened to a 'fishing expedition,' the scope of which is broad … The primary purpose of allowing broad discovery in Rule 2004 is to expedite the locating of assets of the estate."); *In re CENA's Fine Furniture, Inc.*, 109 B.R. 575, 577 n.2 (E.D.N.Y. 1990) ("The scope of a Rule 2004 examination is unfettered and broad … Examinations under Rule 2004 are allowed for the purpose of discovering assets and unearthing frauds").

15. Examination of the Debtor's former CFO is essential for the Trustee to fully investigate the Debtor's financial affairs in accordance with section 704(a)(4) of the Bankruptcy Code.

3

16. The Trustee accordingly seeks authorization to serve a subpoena commanding his appearance at an examination.

## NOTICE

17. This application is being made on notice to Schueppel, the Office of the United States Trustee and all persons that have entered an appearance in this case.

## NO PRIOR REQUEST

18. No prior request for the relief sought in this application has been made to this Court or to any other court.

WHEREFORE, the Trustee requests that the Court grant this application and such other and further relief as the Court deems just and proper.

Dated: New York, NY          Amini LLC
      April 24, 2026

                                      */s/ Yosef Trachtenberg*
                                        Avery Samet, Esq.
                                        Jeffrey Chubak, Esq.
                                        Yosef Trachtenberg, Esq.
                                        131 West 35th Street
                                        12th Floor
                                        New York, NY 10001
                                        (212) 490-4700
                                        asamet@aminillc.com
                                        jchubak@aminillc.com
                                        ytrachtenberg@aminillc.com
                                        Special Litigation Counsel for Lori Lapin
                                        Jones, Chapter 7 Trustee