**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| | Case 24-44875-ESS |
| HONORS HOLDINGS, LLC, | **CERTIFICATE OF SERVICE** |
| | Re: ECF #99 |
| Debtor. | |

   1.  I, Iris Wu, am a paralegal at Amini LLC, am over 18 years of age and am not a party to this bankruptcy case.

   2.  On April 24, 2026, the **Notice of Presentment of Application of Chapter 7 Trustee for Order Pursuant to Bankruptcy Rule 2004 Authorizing the Examination of Mirko Schueppel** (ECF #99), **Application** (ECF #99), and **Proposed Order** (ECF #99-1) were electronically filed via NextGen CM/ECF, causing notice of electronic filing to be served on all registered users that entered appearances herein, pursuant to FRBP 9036.

   3.  On April 27, 2026, I served a copy of said documents by first class mail, postage prepaid, pursuant to FRBP 7004(b) made applicable by FRBP 9014(b)(1) upon the following persons at the addresses listed below:

   Mirko Schueppel
   3843 W Nancy Creek Pl NE
   Brookhaven, GA 30319

   I certify under penalty of perjury that the foregoing is true and correct.  Executed on April 28, 2026.

                  _____
                  Iris Wu