**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| HONORS HOLDINGS, LLC, | Case 24-44875 (ess) |
| Debtor. | |

### ORDER AUTHORIZING CHAPTER 7 TRUSTEE TO EXAMINE MIRKO SCHUEPPEL PURSUANT TO BANKRUPTCY RULE 2004

Upon the application of Lori Lapin Jones, Esq., solely in her capacity as Chapter 7 Trustee ("Trustee") of Honors Holdings, LLC ("Debtor"), for an order authorizing the Trustee to examine Mirko Schueppel ("Schueppel"), the Debtor's former Chief Financial Officer, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"); and good cause having been shown for the relief requested in the application; and no additional notice being required; now, therefore, it is hereby:

ORDERED, that the Trustee is authorized, pursuant to Bankruptcy Rule 2004, to take the oral examination of Schueppel; and it is further

ORDERED, that the Trustee is authorized to issue a subpoena commanding his attendance at the foregoing examination; and it is further

ORDERED, that Schueppel shall appear for the foregoing examination at a time and place to be agreed upon by him and the Trustee, or, if no agreement is reached, at a time and place designated by the Trustee upon reasonable notice; and it is further

ORDERED, that the Trustee is authorized and empowered to expend such funds and to execute and deliver any and all documents as reasonably necessary to implement the terms of this Order; and it is further

ORDERED, this Court may retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Brooklyn, New York
      May 27, 2026



_____
Elizabeth S. Stong
United States Bankruptcy Judge