# AMINI LLC

Yosef Trachtenberg                                                                                          212.490.4700
MEMBER NY BAR
ytrachtenberg@aminillc.com

June 9, 2026

**<u>Via ECF</u>**

Hon. Elizabeth S. Stong
U.S. Bankruptcy Court, Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East – Suite 1595
Brooklyn, NY 11201-1800

Re:    ***In re: Honors Holdings, LLC*, Case No. 24-44875 (ESS)**
          **<u>Letter of Adjournment</u>**

Dear Judge Stong:

We represent Lori Jones solely in her capacity as Chapter 7 trustee in the above-captioned case and write to inform interested parties that the hearing on the motion for FRBP 2004 discovery of WhiteHorse Capital Management LLC (ECF No. 83) that was scheduled for June 9, 2026 at 10:30 a.m. has been adjourned to August 11, 2026 at 10:30 a.m.

Sincerely,

*/s/ Yosef Trachtenberg*

Yosef Trachtenberg