Presentment Date and Time:  July 23, 2026 at 10:00 a.m.
Objection Deadline: August 4, 2026

Avery Samet, Esq.
Jeffrey Chubak, Esq.
Yosef Trachtenberg, Esq.
Amini LLC
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
ytrachtenberg@aminillc.com
Special Litigation Counsel for Lori Lapin
Jones, Esq. as Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| HONORS HOLDINGS, LLC, | Case 24-44875 (ess) |
| Debtor. | |

**NOTICE OF PRESENTMENT OF APPLICATION FOR ORDER AUTHORIZING**
**CHAPTER 7 TRUSTEE TO ISSUE DOCUMENT SUBPOENA TO OTF FRANCHISOR,**
**LLC PURSUANT TO BANKRUPTCY RULE 2004**

PLEASE TAKE NOTICE that on July 23, 2026 at 10:00 a.m., Lori Lapin Jones, Esq.,

solely in her capacity as Chapter 7 Trustee ("Trustee") of Honors Holdings, LLC ("Debtor") will

present the annexed application for an order authorizing the Trustee to issue a subpoena to OTF

Franchisor, LLC directing production of documents relating to Orangetheory Fitness gym studios

that were operated by subsidiaries of the Debtor, pursuant to Fed. R. Bankr. P. 2004, together with

the accompanying proposed order, to the Honorable Elizabeth S. Stong, United States Bankruptcy

Judge, for signature.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the application or entry of

the proposed order, must be in writing, conform to the requirements in E.D.N.Y. LBR 9013-1 and

be filed by August 4, 2026 (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if an objection is filed by the Objection Deadline, a hearing will be scheduled on August 11, 2026 at 10:30 am., notice of which will be provided separately.

PLEASE TAKE FURTHER NOTICE, that in the event no objection is filed by the Objection Deadline, the proposed order in the form annexed to the application may be entered without a hearing.

Dated: New York, NY
      June 25, 2026

Amini LLC

*/s/ Yosef Trachtenberg*
Avery Samet, Esq.
Jeffrey Chubak, Esq.
Yosef Trachtenberg, Esq.
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
ytrachtenberg@aminillc.com
Special Litigation Counsel for Lori Lapin
Jones, Esq., Chapter 7 Trustee

Presentment Date and Time:  July 23, 2026 at 10:00 a.m.
Objection Deadline: August 4, 2026

Avery Samet, Esq.
Jeffrey Chubak, Esq.
Yosef Trachtenberg, Esq.
Amini LLC
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
ytrachtenberg@aminillc.com
Special Litigation Counsel for Lori Lapin
Jones, Esq. as Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| HONORS HOLDINGS, LLC, | Case 24-44875 (ess) |
| Debtor. | |

**APPLICATION FOR ORDER AUTHORIZING CHAPTER 7**
**TRUSTEE TO ISSUE DOCUMENT SUBPOENA TO OTF FRANCHISOR,**
**LLC PURSUANT TO BANKRUPTCY RULE 2004**

Lori Lapin Jones, Esq., solely in her capacity as Chapter 7 Trustee ("Trustee") of Honors

Holdings, LLC ("Debtor"), moves to authorize the Trustee to issue a subpoena to OTF Franchisor,

LLC ("OTF"), in the form attached as Exhibit 1, directing production of documents pursuant to

Rule 2004 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule"), and states:

**JURISDICTION**

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2.      This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

**BACKGROUND**

3.      Upon information and belief, OTF is the franchisor of Orangetheory Fitness

studios.

4.      Upon information and belief, the Debtor was the sole member of limited liability companies that operated Orangetheory Fitness studios.

5.      Upon information and belief, the Debtor was borrower under a Credit Agreement dated as of September 6, 2019 with WhiteHorse Capital Management, LLC ("WhiteHorse") as agent.

6.      The related loan documents reflect that the Debtor's corporate parent HH Holdco, Inc. ("HH Holdco") pledged its equity in the Debtor to secure repayment of the obligations and granted WhiteHorse an irrevocable proxy to vote the pledged equity.

7.      On April 22, 2024, WhiteHorse declared an interest payment default and WhiteHorse asserts it exercised its rights to vote the pledged equity, remove HH Holdco as manager of the Debtor and appoint Grant Lyon of Areté Capital Partners as manager in its stead.

8.      On September 13, 2024, upon information and belief, OTF declared a default on account of the foregoing transactions and served notices to terminate area representative agreements it had with subsidiaries of the Debtor.

9.      On September 25, 2024, the documents reflect that the Debtor entered into a Partial Strict Foreclosure Agreement ("PSFA") with WhiteHorse, pursuant to which the assets and equity interests in certain of its subsidiaries, including 109 subsidiaries that operated Orangetheory Fitness studios, were transferred to WhiteHorse's assignees Camarillo Fitness Holdings LLC and Camarillo Fitness OpCo, LLC, (together, "Camarillo") in exchange for satisfaction of $70 million of debt under the Credit Agreement.  On November 8, 2024, WhiteHorse asserts it foreclosed on the equity interests of an additional twelve subsidiaries of the Debtor.

10.      Upon information and belief, the franchise agreements required OTF's consent to effectuate any studio transfer.

2

11.     On November 20, 2024, this case was commenced by the filing of an involuntary petition.

12.     Upon information and belief, OTF's consent to the transfer of studios to WhiteHorse was not finalized until after the involuntary petition was filed, when OTF and WhiteHorse entered into a Master Relationship Agreement, under which among other things OTF waived certain defaults and consented to the Camarillo assignment.

13.     On March 3, 2025, the order for relief was entered. (ECF No. 22.)

14.     On March 4, 2025, the Trustee was appointed.  (ECF No. 24).

### RELIEF REQUESTED AND BASIS THEREFOR

15.     By this application, the Trustee seeks entry of an order authorizing the Trustee to issue a subpoena to OTF directing production of documents relating to the Orangetheory Fitness studios operated by the Debtor's subsidiaries (the "Studios").

16.     Upon information and belief, WhiteHorse and other prospective purchasers communicated with OTF and OTF's advisors Accordion Partners LLC in relation to a potential transaction involving the Studios.

17.     Good cause exists to subpoena documents because this information is necessary for the Trustee to investigate, inter alia, the timing and validity of the Studio transfers to WhiteHorse and the PSFA, including the foreclosure price paid thereunder.

18.     Bankruptcy Rule 2004(a) permits the examination of any entity.  Pursuant to Bankruptcy Rule 2004(b), the scope of the exam may include "(A) the debtor's acts, conduct or property; (B) the debtor's liabilities and financial condition; [and] (C) any matter that may affect the administration of the debtor's estate."  The scope has been described as "broader than discovery permitted under the Federal Rules of Civil Procedure."  *In re Corso*, 328 B.R. 375, 383 (E.D.N.Y.

3

2005).  *See also In re Parikh*, 397 B.R. 518, 525-26 (Bankr. E.D.N.Y. 2008) ("A Rule 2004 examination has been likened to a 'fishing expedition,' the scope of which is broad … The primary purpose of allowing broad discovery in Rule 2004 is to expedite the locating of assets of the estate."); *In re CENA's Fine Furniture, Inc.*, 109 B.R. 575, 577 n.2 (E.D.N.Y. 1990) ("The scope of a Rule 2004 examination is unfettered and broad … Examinations under Rule 2004 are allowed for the purpose of discovering assets and unearthing frauds").

19.    Pursuant to Bankruptcy Rule 2004(c), the production of documents may be compelled by subpoena.

20.    The Trustee's records relating to the PSFA and the transfer of Studios is incomplete.  This information is essential for the Trustee to fully investigate the Debtor's financial affairs pursuant to section 704(a) of the Bankruptcy Code.

21.    Accordingly, the Trustee seeks an order authorizing the Trustee to serve a subpoena requesting production of documents responsive to the above-described categories.

## NOTICE

22.    This application is being made on notice to OTF, the Office of the United States Trustee and all persons that have entered an appearance in this case.

## NO PRIOR REQUEST

23.    No prior request for the relief sought in this application has been made to this Court or to any other court.

WHEREFORE, the Trustee requests that the Court grant this application and such other and further relief as the Court deems just and proper.

Dated: New York, NY                                    Amini LLC
      June 25, 2026

5

                                        */s/ Yosef Trachtenberg*
                                        Avery Samet, Esq.
                                        Jeffrey Chubak, Esq.
                                        Yosef Trachtenberg, Esq.
                                        131 West 35th Street
                                        12th Floor
                                        New York, NY 10001
                                        (212) 490-4700
                                        asamet@aminillc.com
                                        jchubak@aminillc.com
                                        ytrachtenberg@aminillc.com
                                        Special Litigation Counsel for Lori Lapin
                                        Jones, Esq., Chapter 7 Trustee