**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>HONORS HOLDINGS, LLC,<br><br><div align="right">Debtor.</div> | Chapter 7<br>Case 24-44875-ESS<br>**AFFIDAVIT OF SERVICE**<br>Re: ECF #103 |

1.      I, Iris Wu, am a paralegal at Amini LLC, am over 18 years of age and am not a party to this bankruptcy case.

2.      On June 25, 2026, the **Notice of Presentment of Application for Order Authorizing Chapter 7 Trustee to Issue Document Subpoena to OTF Franchisor, LLC Pursuant to Bankruptcy Rule 2004** (ECF #103), **Exhibit 1** (ECF #103-1), and **Proposed Order** (ECF #103-2) were electronically filed via NextGen CM/ECF, causing notice of electronic filing to be served on all registered users that entered appearances herein, pursuant to FRBP 9036.

3.      Eric Goldberg, Gregory Juell, and David Riley have appeared as counsel of record for OTF Franchisor, LLC in this case (ECF #8, #13).

4.      On June 26, 2026, I served a copy of said documents by electronic mail upon the following persons at the email addresses listed below:

- Gregory Juell gregory.juell@us.dlapiper.com

- David Riley david.riley@us.dlapiper.com

- Eric Goldberg Eric.Goldberg@us.dlapiper.com

I certify under penalty of perjury that the foregoing is true and correct.  Executed on June 30, 2026.

吳霜

Iris Wu