**LaMONICA HERBST & MANISCALCO, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: 516-826-6500
Holly R. Holecek, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                                          Chapter 7

HONORS HOLDINGS, LLC,                                      Case No.: 24-44875-ess

                                    Debtor.
---------------------------------------------------------x

### SUPPLEMENTAL DECLARATION DISCLOSING INCREASE
### IN HOURLY RATES EFFECTIVE AUGUST 1, 2026

Holly R. Holecek, Esq., declares as follows pursuant to 28 U.S.C. § 1746:

1.       I am a partner in LaMonica Herbst & Maniscalco, LLP ("LH&M"), which maintains its offices at 3305 Jerusalem Avenue, Wantagh, New York 11793. I am duly admitted to practice law before this Court and the courts of the State of New York. I have personal knowledge of the facts set forth herein.

2.       By Order entered on March 18, 2025 ("Employment Order") [ECF No. 31], the Court approved the employment of LH&M as counsel to Lori Lapin Jones, Esq., solely as Chapter 7 Trustee in the above-captioned case ("Chapter 7 Trustee").

3.       The Employment Order provides, in pertinent part, as follows:

. . . prior to any increases in LH&M's rates, LH&M shall file a supplemental affidavit with the Court and provide ten business days' notice to the Trustee, the United States Trustee and any official committee, which supplemental affidavit shall explain the basis for the requested rate increases in accordance with section 330(a)(3)(F) of the Bankruptcy Code and state whether the Trustee has consented to the rate increase.

See Employment Order at p. 2.

1

4.    In accordance with the Employment Order, I submit this Supplemental Declaration disclosing the following increases in LH&M's hourly rates effective as of August 1, 2026:

| **Name** | **Title** | **Current Hourly Rate** | **New Hourly Rate** |
|---|---|---|---|
| Salvatore LaMonica, Esq. | Member | $725.00 | $810.00 |
| Gary F. Herbst, Esq. | Member | $725.00 | $810.00 |
| Joseph S. Maniscalco, Esq. | Member | $700.00 | $810.00 |
| Melanie A. FitzGerald, Esq. | Partner | $625.00 | $710.00 |
| Adam P. Wofse, Esq. | Partner | $625.00 | $710.00 |
| Lon Seidman, Esq. | Partner | $625.00 | $710.00 |
| Holly R. Holecek, Esq. | Partner | $575.00 | $675.00 |
| Nicholas S. Tuffarelli, Esq. | Associate | $575.00 | $635.00 |
| Cristina Lipan, Esq. | Associate | $475.00 | $550.00 |
| Nina Proctor, Esq. | Associate | $425.00 | $500.00 |
| Stephanie Bodizs, J.D. (pending admission) | Law Clerk | $375.00 | $435.00 |
| Diana Roca | Paralegal | $225.00 | $250.00 |
| Laura Nuzzi | Paralegal | $200.00 | $225.00 |

5.    LH&M last raised its rates as of January 1, 2024. After careful consideration, LH&M determined to increase its hourly rates firm-wide based upon, inter alia, increased operating costs, increased insurance costs, and increased employee costs. LH&M submits that such rate increases are reasonable and necessary, especially given the rise in costs and expenses that LH&M has incurred since 2024. Moreover, the rate increases are reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under Title 11 of the United States Code.

6.    The Chapter 7 Trustee was advised of and consented to the rate increases set forth herein.

7.      Based on the forgoing, I believe that LH&M's new hourly rates set forth herein are reasonable and customary.

Executed under penalty of perjury this 8th day of July 2026.

*s/ Holly R. Holecek*
Holly R. Holecek
