**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>HONORS HOLDINGS, LLC,<br><br>                            Debtor. | Chapter 7<br>Case 24-44875-ESS<br>**CERTIFICATE OF SERVICE**<br>Re: ECF #106 |

I, Iris Wu, hereby certify:

1.      I am over 18 years of age and not a party to this action and reside in Kings County.

2.      On July 14, 2026, I served the following described papers upon the person or persons listed in paragraph 5 hereof: **Chapter 7 Trustee's Motion to Enforce the Automatic Stay Against Robert Scot James and Core2000, LLC** (ECF #106), **Proposed Order** (ECF #106-1), and **Notice of Hearing** (ECF #106-2).

3.      The number of copies served on each of said persons was: 1.

4.      The method of service on each of said persons was: first class mail.

5.      The names of the persons served and the addresses at which service was made are as follows:

| | |
|---|---|
| Robert Scot James<br>Core2000, LLC<br>875 Siesta Key Circle<br>Sarasota, FL 34342 | Scott J. Miller<br>c/o Akerman LLP<br>201 E Las Olas Blvd<br>Suite 1800<br>Fort Lauderdale, FL 33301 |
| Seyfarth Shaw LLP<br>560 Mission Street<br>Suite 3100<br>San Francisco, CA 94105<br>Attn: M. Ryan Pinkston | Braintree Fitness, LLC<br>556 Pine Valley Rd<br>Marietta, Cobb County, GA 30067<br>Attn: James Weeks |
| WhiteHorse Capital Management, LLC<br>1450 Brickell Avenue<br>31st Floor<br>Miami, FL 33131<br>Attn: Richard Siegel, General Counsel | Grant Lyon<br>c/o Areté Capital Partners, LLC<br>721 5th Avenue, 45th Floor<br>New York, NY 10022 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on July 14, 2026.

                                                    _____
                                                    Iris Wu