**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>HONORS HOLDINGS, LLC,<br><br>                            Debtor. | Chapter 7<br>Case 24-44875-ESS<br>**CERTIFICATE OF SERVICE**<br>Re: ECF #107 |

I, IAN NELSON, hereby certify:

1.  I am over 18 years of age and not a party to this action.

2.  On July 14, 2026, I served the following described papers upon the person or persons listed in paragraph 5 hereof: **Notice of Presentment and Application for Order Authorizing Chapter 7 Trustee to Issue Subpoenas to Areté Capital Partners, LLC and Grant Lyon Pursuant to Bankruptcy Rule 2004** (ECF #107), **Proposed Order** (ECF #107-1), and **Exhibit 1 – Areté Document Subpoena** (ECF #107-2).

3.  The number of copies served on each of said persons was: 1.

4.  The method of service on each of said persons was: first class mail.

5.  The names of the persons served and the addresses at which service was made are as follows:

| | |
|---|---|
| Grant Lyon<br>c/o Areté Capital Partners, LLC<br>721 5th Avenue, 45th Floor<br>New York, NY 10022 | Areté Capital Partners, LLC<br>721 5th Avenue, 45th Floor<br>New York, NY 10022<br>Attn: Shawn Hassel, Managing Partner<br>Grant Lyon, Managing Partner |

I certify under penalty of perjury that the foregoing is true and correct. Executed on July 20, 2026.

Dated:   07/20/2026      Signature:  */s/ Ian Nelson*
                              Ian Nelson