**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| In re:<br><br>HONORS HOLDINGS, LLC,<br><br>Debtor. | Chapter 7<br><br>Case 24-44875 (ess) |
|---|---|

**ORDER GRANTING FIRST APPLICATION OF AMINI LLC, SPECIAL LITIGATION COUNSEL FOR LORI LAPIN JONES, ESQ., CHAPTER 7 TRUSTEE, FOR INTERIM ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the first application of Amini LLC, special litigation counsel for Lori Lapin Jones, Esq., solely in her capacity as Chapter 7 trustee ("Trustee"), for interim allowance of compensation and reimbursement of expenses, pursuant to 11 U.S.C. §§ 328, 330, 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure("Bankruptcy Rules"); and due and proper notice having been given pursuant to Bankruptcy Rule 2002(a)(6) and (c)(2); and due consideration having been given to any papers filed in response thereto; and sufficient cause having been shown therefor, it is hereby:

ORDERED, that Amini LLC is hereby awarded on an interim basis compensation in the amount of $88,281.29 and reimbursement of expenses in the amount of $2,917.12 ("Fee Award"); and, it is further

ORDERED, that the Trustee is authorized to pay Fee Award; and it is further

ORDERED, that this Court may retain jurisdiction over any and all issues arising from or related to the interpretation or implementation of this Order.