**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>HONORS HOLDINGS, LLC,<br><br>Debtor. | Chapter 7<br>Case 24-44875-ESS<br>**CERTIFICATE OF SERVICE**<br>Re: ECF #132 |

I, Iris Wu, am over 18 years of age and am not a party to this bankruptcy case.

1. On October 15, 2026, the **First Application of Amini LLC, Special Litigation Counsel for Lori Lapin Jones, Esq., Chapter 7 Trustee, For Interim Allowance of Compensation and Reimbursement of Expenses** (ECF #132), **Certification of Jeffrey Chubak** (ECF #132-1), **Exhibit 1 – Retention Order** (ECF #132-2), **Proposed Order** (ECF #132-3) and **Notice of Hearing** (ECF #132-4) were electronically filed via NextGen CM/ECF, causing notice of electronic filing to be served on all registered users that entered appearances herein, pursuant to FRBP 9036.

2. On October 15, 2026, I served a copy of said documents by first class mail, postage prepaid, upon the following persons at the addresses listed below, which includes the notice party for all creditors that filed proofs of claim claims herein, counsel for the Debtor and the Office of the United States Trustee:

| | |
|---|---|
| William K. Harrington, U.S. Trustee<br>Office of the United States Trustee<br>Alexander Hamilton Custom House<br>One Bowling Green<br>Room 739<br>New York, NY 10004 | Carl F. Regelmann<br>Tannenbaum Halpern Syracuse &<br>Hirschtritt LLP<br>900 Third Avenue<br>13th Floor<br>New York, NY 10022 |
| Carey D. Schreiber<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166 | Brian S. Lennon<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 11019 |
| Offit Kerman<br>7501 Wisconsin Avenue<br>Suite 1000W<br>Bethesda, MD 20814<br>Attn: Bryn H Sherman, Esq. | Andrew R. Lynch, PC<br>125 Clairemont Avenue<br>Suite 470<br>Decatur, GA 30030<br>Attn: Andrew Lynch |
| Rountree Leitman Klein & Geer, LLC<br>2987 Clairmont Road, Suite 350<br>Atlanta, GA 30329<br>Attn: Ceci Christy, Senior Counsel | Fletcher Tilton PC<br>100 Front Street, 5th Floor<br>Worcester, MA 01608<br>Attn: Mark S. Foss |
| ArentFox Schiff LLP<br>1301 Avenue of the Americas<br>42nd Floor<br>New York, NY 10019<br>Attn: Beth Brownstein | Miles & Stockbridge PC<br>1751 Pinnacle Drive, Suite 1500<br>Tysons Corner, VA 22102<br>Attn: Christopher Bowman |

| | |
|---|---|
| Irmo Station, LLC<br>c/o Fox Rothschild LLP<br>2 West Washington Street, Suite 1100<br>Greenville, SC 29601<br>Attn: M. Kevin McCarrell | Seyfarth Shaw LLP<br>560 Mission Street, Suite 3100<br>San Francisco, CA 94105<br>Attn: M. Ryan Pinkston |
| Edward J Minskoff Equities, Inc. (EJME)<br>1325 Avenue of the Americas<br>23rd Floor<br>New York, NY 10019<br>Attn: Benjamin M. McGrath | Scott J. Miller<br>c/o Akerman LLP<br>201 E Las Olas Blvd.<br>Suite 1800<br>Fort Lauderdale, FL 33301 |
| Mall at Liberty Tree, LLC<br>c/o Simon Property Group, L.P.<br>225 West Washington Street<br>Indianapolis, IN 46204<br>Attn: Brian Mexin | Greg Shinall<br>Sperling Kenny Nachwalter<br>321 North Clark Street<br>25th Floor<br>Chicago, IL 60654 |
| Shawn M. Christianson, Esq.<br>Buchalter, A Professional Corporation<br>425 Market Street<br>Suite 2900<br>San Francisco, CA 94105 | Eric D. Goldberg<br>DLA Piper LLP (US)<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, CA 90067 |
| Florence (Florence Mall) FMH, LLC<br>c/o Barclay Damon LLP<br>1270 Avenue of the Americas<br>Suite 2310<br>Attn: Scott L. Fleischer | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on October 20, 2026.

____________________________

Iris Wu