AMINI LLC

Yosef Trachtenberg
MEMBER NY BAR
ytrachtenberg@aminillc.com

212.490.4700

October 29, 2026

**<u>Via ECF</u>**

Hon. Elizabeth S. Stong
U.S. Bankruptcy Court, Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East – Suite 1595
Brooklyn, NY 11201-1800

Re: *In re: Honors Holdings, LLC*, Case No. 24-44875 (ESS)
**<u>Letter Providing Notice of Court Hearing</u>**

Dear Judge Stong:

We represent Lori Lapin Jones, Esq. in her capacity as Chapter 7 trustee in the above-captioned case and write to inform interested parties that there will be a conference on the *Chapter 7 Trustee's Motion to Enforce the Automatic Stay Against Robert Scot James and Core2000, LLC* (ECF No. 106) on November 17, 2026, with oral argument to be held thereafter on December 21, 2026 at 1:00 p.m.

Sincerely,

*<u>/s/ Yosef Trachtenberg</u>*

Yosef Trachtenberg