AMINI LLC

Yosef Trachtenberg
MEMBER NY BAR

212.490.4700
ytrachtenberg@aminillc.com

November 17, 2026

**<u>Via ECF</u>**

Hon. Elizabeth S. Stong
U.S. Bankruptcy Court, Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East – Suite 1595
Brooklyn, NY 11201-1800

Re: *In re: Honors Holdings, LLC*, Case No. 24-44875 (ESS)
**<u>Letter Request for Discovery Conference</u>**

Dear Judge Stong:

We represent Lori Lapin Jones, Esq. in her capacity as Chapter 7 trustee ("<u>Trustee</u>") in the above-captioned case and write to request a discovery conference concerning OTF Franchisor, LLC's ("<u>OTF</u>") failure to comply with the Court's order authorizing the Trustee to conduct discovery pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (ECF No. 121, "<u>Rule 2004 Order</u>"). The Court entered the Rule 2004 Order on August 17, 2026, and the Trustee's counsel served the Rule 2004 Order shortly thereafter. To date, no documents have been produced. OTF's delay severely prejudices the Trustee's ability to investigate and timely commence actions on behalf of the estate. The Trustee faces statutory deadlines to commence actions by March 2027.

Accordingly, a prompt resolution of this issue is essential. We respectfully request a conference with the Court on **November 30, 2026**, or as soon thereafter as is convenient for the Court, to address the foregoing discovery issues. Following our email request for a discovery conference date, OTF's counsel informed the Trustee that documents will be produced by the end of next week. If the documents are produced and there are no outstanding discovery disputes, the Trustee will notify the Court and cancel the discovery conference.

Sincerely,

*<u>/s/ Yosef Trachtenberg</u>*

Yosef Trachtenberg

cc: Eric Goldberg, counsel for OTF Franchisor, LLC (via ECF)